IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ISSE, | ) |
| Plaintiff, | ) Civil Action No. 06CV01422 (CK) |
| v. | ) |
| AMERICAN UNIVERSITY, | ) |
| Defendant. | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant American University, certify that to the best of my knowledge and belief, American University has no parent companies, subsidiaries or affiliates.

Dated: September 5, 2006

Respectfully submitted,

AMERICAN UNIVERSITY

/s/ Hisham R.O. Khalid
Hisham R.O. Khalid (DCB # 445494)
Office of General Counsel
4400 Massachusetts Ave., NW
Washington, DC 20016-2724
(202) 885-3285

Attorney for Defendant
*American University*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2006, a true and correct copy of the foregoing Defendant's Disclosure of Corporate Affiliations and Financial Interests was served by first U.S. mail, postage prepaid upon:

Mohmmed Isse, *(pro se)*
4939 Carriage Park Road
Fairfax, VA 22032


___/s/ Hisham Khlaid__
Hisham R.O. Khalid