IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMED ISSE,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　)　Civil Action No. 1:06cv01422
　　　　　　　　　　　　　　　　　　) JURY TRIAL DEMANDED
AMERICAN UNIVERSITY　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　Judge Kollar-Kotelly
and　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
KEVIN WYATT　　　　　　　　　　　　)
　　　Defendants　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

### AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, YASIN M. Abdalla, having been duly authorized to make service of the Summons and Complaint in the above-entitled case, hereby depose and say:

That my age and date of birth are as follows: 53 years old, and D.O.B. is: 08.29.53. That my business/home address is 1520 N Quinn St #6 ARLINGTON VA 22209. That (X) I served the above-named defendant, American University, by serving it's President at its President's above-listed address, at approximately 2:04 p.m. on 08.14.2006 at 4400 Massachutsetts Avenue, N.W.

X _____        _____
                         Signature

SUBSCRIBED and sworn to this 5th day of September, 2006.

_____
Notary Public

My Comm. Exps. 12-1, 2009