IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMED ISSE,   )
　　Plaintiff,   )
　　　　　　　　)   Civil Action No. 1:06CV01422
　　v.   )   JURY TRIAL DEMANDED
　　　　　　　　)
AMERICAN UNIVERSITY   )
　　　　　　　　)   Judge Kollar-Kotelly
and   )
　　　　　　　　)
KEVIN WYATT   )
　　Defendants   )

### AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, YASIN M. Abdalla, having been duly authorized to make service of the Summons and Complaint in the above-entitled case, hereby depose and say:

That my age and date of birth are as follows: 53 years old, and D.O.B. is: 08.29.53. That my business/home address is 1520 N Queen St #6 ARLINGTON VA 22209. That (X) I served the above-named defendant, Kevin Wyatt, by serving him personally at his place of business at the above-listed address, at approximately 2:36 p.m. on 8.14.2006 _____ at 4400 Massachutsetts Avenue, N.W.

_____
Signature

SUBSCRIBED and sworn to this 5th day of September, 2006.

_____
Notary Public

My Comm Exps. 12/7, 2009