# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MOHAMMED ISSE**                                        \*

    **Plaintiff**                                  \*

                                      \*      **Civil No. 06-1422 (CK)**

**AMERICAN UNIVERSITY, et al.**                          \*

    **Defendants**                                 \*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## PARTIES' JOINT RULE 16.3(d) REPORT

Pursuant to Fed. R. Civ. P. 26(f) and Local Rules 16.3(d) and 26.2, the parties hereby submit this report which outlines their Rule 26(f) discovery plan, provides a succinct statement of the parties' agreement as to the fourteen (14) matters set forth in Local Rule 16.3(c), and attaches a proposed Scheduling Order.

    1.    **Dispositive Motions**

There are no dispositive motions pending.  Defendant plans to file a dispositive motion at the conclusion of discovery.  Plaintiff reserves the right to file such a motion.

    2.    **Joinder of Other Parties/Amendment of the Pleadings/Narrowing of Issues**

The parties believe that joinder of other parties is not particularly likely and that joinder of such parties should be governed by the Federal Rules of Civil Procedures or agreement by the parties, to be negotiated subject to the Court's approval when and if the need for joinder becomes apparent.

The parties believe that further amendments of pleadings should be as permitted by Fed. R. Civ. P. 15 or as agreed by the parties, subject to the Court's approval.

The parties believe they will be able to agree to narrow the factual and legal issue involved.

**3.** <u>**Assignment to a Magistrate Judge**</u>

The parties express no preference as to the desirability of assigning this case to a Magistrate Judge.

**4.** <u>**Whether There is a Realistic Possibility of Settlement**</u>

The parties do not believe there is a reasonable possibility of settlement at this time.

**5.** <u>**Whether the Case Could Benefit From ADR**</u>

The parties believe this case could benefit from ADR after discovery has concluded

**6.** <u>**Dispositive Motions**</u>

The parties agree that Defendant may file a dispositive motion by May 1, 2007. Plaintiff will have until May 25, 2007 to respond and Defendant may file a reply by June 8, 2007.

**7.** <u>**Rule 26(a)(1) Initial Disclosures**</u>

The parties believe that it is appropriate to dispense with the initial disclosures required by Rule 26(a)(1).

**8.** <u>**Discovery Matters**</u>

**A.** <u>**Commencement of Discovery**</u>

The parties agree to commence discovery on October 11, 2006.

**B.** <u>**Extent of Discovery**</u>

The case should involve the normal exchange of interrogatories, request for documents, requests for admissions, and depositions.

### C.      **How Long Discovery Should Take**

The parties believe discovery can be completed within 180 days, or by April 11, 2007, whichever is later, with additional time as may be ordered by the Court.

### D.      **Limits on Discovery**

The parties do not currently see the need for any limits on discovery other than what is contained in the Federal Rules of Civil Procedures and the Rules of this Court.

### E.      **Protective Order**

The parties believe a protective order may be necessary and will attempt to agree to the form of a suitable proposed protective order to present to the Court in advance of the exchange of any documents.

### F.      **Dates for Completion of Discovery**

The parties believe that discovery will be completed by April 11, 2007.

### 9.      **Experts**

(a)      Plaintiff will designate its expert and make the required Fed. R. Civ. P. 26(a)(2) disclosures by November 23, 2006;

(b)      Defendants will designate its experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by December 23, 2006;

(c)      Plaintiff will identify rebuttal experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by January 23, 2007;

(d)      The parties will make their experts available for deposition within 10 days of the designations and disclosures pertaining to the expert.

10.    **Class Certification**

This is not a case involving class certification.

11.    **Bifurcation of Discovery and Trial**

The parties do not currently envision bifurcation of trial but reserve their rights on the subject.

12.    **Pretrial Conference**

The parties agree that the final pretrial conference, if any, should be held within 30 days after rulings on dispositive motions.

13.    **Trial**

The parties do not believe the Court need set a firm trial date but should rather, at this time, provide only that trial, if any, will be set at the final pretrial conference form 30 to 60 days after that conference.

14.    **Other Matters**

The parties' Proposed Scheduling Order is attached.

Respectfully submitted:


_____
Hisham Khalid
D.C. Bar No. 44594
Office of General Counsel
American University
3201 New Mexico Avenue, NW, Suite 270
Washington, DC 20016-2724
(202) 885-3285


_____
Mohamed Isse
Pro se Plaintiff
4939 Carriage Park Road
Fairfax, VA 22032

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MOHAMMED ISSE**                    *

    **Plaintiff**                    *

                                 *    **Civil No. 06-1422(CK)**

**AMERICAN UNIVERSITY et al.**                    *

    **Defendants**

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### SCHEDULING ORDER

Upon consideration of the Parties' Joint Rule 16.3(d) Report, it is hereby

ORDERED that:

1.      Discovery will commence on October 11, 2006;

2.      Plaintiff's designation of experts and Fed. R. Civ. P. 26(a)(2) disclosures are due by November 23, 2006;

3.      Defendant's designation of experts and Fed. R. Civ. P. 26(a)(2) disclosures are due by December 23, 2006;

4.      Plaintiff's identification of rebuttal experts and Fed. R. Civ. P. 26(a)(2) disclosures are due by January 23, 2007;

5.      Defendant's dispositive motion is due by May 1, 2007; Plaintiff has until May 25, 2007 to respond; and Defendant's reply is due by June 8, 2007; and

6.      Discovery deadline is April 11, 2007.

SO ORDERED THIS ___ day of October, 2006.


                                    _____
                                    Judge Colleen Kollar-Kotelly