IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMED ISSE** | * | |
| **Plaintiff** | * | |
| | * | Civil No. 06-1422 (CK) |
| **AMERICAN UNIVERSITY, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT AS TO THE DISCOVERY PLAN

Pursuant to the Court's Scheduling and Procedure Order dated October 11, 2006 the parties' submit the following status report as to the discovery plan.

1. **Witness Lists**

    The parties' will exchange witness lists by December 15, 2006.

2. **Written Discovery**

    Written discovery requests are due no later than December 15, 2006.

3. **Depositions**

    Oral depositions must be completed by April 11, 2007.

>    Respectfully submitted:
>
>    ___/s/_____
>    Hisham Khalid
>    D.C. Bar No. 44594
>    Office of General Counsel
>    American University
>    3201 New Mexico Avenue, NW, Suite 270
>    Washington, DC 20016-2724
>    (202) 885-3285

    __/s/_____
Mohamed Isse
Pro se Plaintiff
4939 Carriage Park Road
Fairfax, VA 22032