IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMED ISSE** | * | |
| **Plaintiff** | * | |
| v. | * | Civil No. 06-1422 (CK) |
| **AMERICAN UNIVERSITY, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION TO RESCHEDULE STATUS CONFERENCE

Defendants, American University, respectfully ask this Court to reschedule the April 20, 2007 Status Conference to April 26, 2007 at 1:00pm due to the unexpected unavailability of Defendants' counsel who is currently out of the country attending to a gravely ill family member. Defendants informed Plaintiff, Mohammed Issue, of the Motion but Plaintiff provided no immediate response to the Motion.

Respectfully submitted:

\_\_\_/s/_____
Hisham Khalid
D.C. Bar No. 44594
Office of General Counsel
American University
3201 New Mexico Avenue, NW, Suite 270
Washington, DC 20016-2724
(202) 885-3285

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2007, a true and correct copy of the foregoing Defendants' Motion to Reschedule Status Conference was served by first-class U.S. mail, postage prepaid, upon:

Mohammed Isse, (*pro se*)
4939 Carriage Park Road
Fairfax, VA 22032


/s/ Hisham R.O, Khalid
Hisham R.O. Khalid