IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMED ISSE** | * | |
| **Plaintiff** | * | |
| v. | * | **Civil No. 06-1422 (CK)** |
| **AMERICAN UNIVERSITY, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION TO RESCHEDULE STATUS CONFERENCE**

Presently pending before the Court is Defendants' Motion to Reschedule Status Conference.

**IT IS HEREBY ORDERED** that the next Status Conference shall be held April 26, 2007 at 1:00pm.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge