IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ISSE              *

    Plaintiff              *

    v.                     *    Civil No. 06-1422 (CK)

AMERICAN UNIVERSITY, et al.   *

    Defendants             *

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

### DEFENDANTS' MOTION TO RESCHEDULE STATUS CONFERENCE

Presently pending before the Court is Defendants' Motion to Reschedule Status Conference.

**IT IS HEREBY ORDERED** that the next Status Conference shall be held April 26, 2007 at 1:00pm.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

April 16, 2007