# THE AMERICAN UNIVERSITY
## WASHINGTON, D.C.

October 22, 1990

Mohamed A. Isse
1515 Ogden Street, N.W.
Washington, D.C.  20010

Dear  Mr. Isse:

The American University is pleased to make this formal offer of employment as  **SHUTTLE DRIVER**  in the Shuttle Services Department. This is a grade 17 position paying an hourly rate of $6.85 for a minimum of 40 hours per week.  Your first day of work began on October 13, 1990.  Mark Keenan will be your supervisor.

Your new-hire orientation was held at 9:30 am on Monday, October 15, 1990.  Orientation was held in the Cassell Center, Room 101.

Enclosed is a packet briefly describing the employment benefits at The American University.  Review the packet and bring it with you to orientation.

If you have any question about the terms of this offer of employment, please do not hesitate to call me at (202) 885-2593. A space has been provided below for your signature indicating your response.  Please sign below and return this letter to our office as soon as possible in the enclosed self-addressed envelope.

Thank you for your prompt response.  We look forward to your successful employment at the University.

Sincerely,

Jan Brown
Employment Manager


Accept:    _____
                    /s/

Decline:   _____
                    /s/

cc: Mark Keenan

Enclosures

---

Personnel Services

4400 Massachusetts Avenue, N.W., Washington, D.C. 20016-8054 (202) 885-3732