IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ISSE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN UNIVERSITY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06CV01422 (CKK) |

**DECLARATION OF TANISHA JAGOE**

I, Tanisha Jagoe, declare as follows:

1. My name is Tanisha Jagoe. I have been the Director of Business Compliance at American University since August 2, 2004. The Business Compliance Department, a department within the Risk Management and Safety Services Office, is responsible for monitoring other University departments' compliance with federal and local laws and regulations. Business Compliance is not part of the University's Transportation Services Department.

2. Since I began working for American University, I have regularly ridden the shuttle buses operated by the University, including the shuttle that carries passengers to and from the Main Campus and the Tenleytown Metro Station.

3. On April 4, 2005, I was riding the 11:10 shuttle between the Main Campus and Tenleytown Metro. The driver of the shuttle bus allowed passengers to disembark while the bus was stopped at traffic lights where there were no designated shuttle bus stops. The first

passenger who asked to get off the bus was a man who was allowed to disembark at Ward Circle. The second was a woman who was allowed to get off the bus on New Mexico Avenue.

4. I recognized the driver of the 11:10 shuttle bus as Mohammed Isse. I was familiar with Mr. Isse because I had often ridden on shuttle buses operated by him.

5. Because allowing passengers to exit shuttle buses where there are no designated shuttle stops creates significant liability for the University, I sent an email on April 4, 2005, at 11:47 a.m. to Tony Newman, the Director of Transportation Services, to inform him of Mr. Isse's actions.

6. On the mornings of September 14 and 15, 2005, I again rode a shuttle bus that Mr. Isse was driving between the Main Campus and the Tenleytown Metro. On both mornings Mr. Isse arrived several minutes after the scheduled pick-up time. On both occasions, when departing the Metro Station he turned left onto Wisconsin Avenue from Grant Road, where there is no traffic light. His bus blocked five lanes of traffic as he tried to maneuver it into the far right lane. On September 15 he honked at least eight times at the drivers in front of him while turning onto Wisconsin Avenue from Grant Road, and the other drivers were visibly annoyed.

7. Because the University's shuttle buses are clearly identifiable as University vehicles, I reported the September 14 and 15 incidents to Tony Newman in an email dated September 15, 2005, at 9:11 a.m.

8. Although I recognized Mr. Isse when I reported his unsafe driving, I did not know his religion.

\\\DC - 061118/000186 - 1794658 v1

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2007

\\\DC - 061118/000186 - 1794658 v1