| | | |
|---|---|---|
| Tanisha Jagoe/jagoe/AmericanU<br>04/04/2005 11:47 AM | To | Anthony Newman/anewman/AmericanU@AmericanU |
| | cc | |
| | bcc | |
| | Subject | Shuttle Driver |

Hi Tony,

Today, I was riding on the 11:10 shuttle and I believe Mohammed was driving. There were 2 separate instances where he let people off the shuttle while stopped at a traffic light. The first was a gentleman who asked to get off in front of Katzen while Mohammed was stopped at the Ward Circle traffic light. The other was a young lady who asked to get off while he was stopped at the New Mexico traffic light. I thought I would pass the information along knowing it is a huge liability when the drivers let people off at areas that are not designated shuttle stops.

---

Tanisha Jagoe
Director of Business Compliance
3201 New Mexico Ave., N.W.
Suite 280
Washington, DC 20016
(O) 202-885-2722
(C) 202-359-2830
(F) 202-885-3278