IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ISSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01422 (CKK) |
| ) | |
| AMERICAN UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF NORMAN PORTER**

I, Norman Porter, declare as follows:

1. My name is Norman Porter. I have been a full-time shuttle bus driver at American University since August 18, 2003.

2. On approximately March 1, 2005, I attended a monthly meeting of the shuttle bus staff. At this meeting, Tony Newman, the Director of Transportation Services and Kevin Wyatt, the Shuttle Operations Coordinator, instructed the shuttle drivers that it is unsafe and against University policy to stop the buses to let passengers off where there is no designated shuttle stop. This same issue had been discussed on several occasions at our regularly scheduled staff meetings throughout late 2004 and early 2005.

3. Mr. Isse was present at the March 1, 2005 meeting where unauthorized stops were discussed.

4. On approximately April 11, 2005, I recall Mr. Wyatt distributing a memorandum to all shuttle bus drivers that gave exact directions for all of the University's shuttle routes. I recall Mr. Wyatt specifically stating to drivers as he was

handing out the memorandum that on the Main Campus to Tenleytown Metro route, when returning to the Main Campus we were to turn left onto Wisconsin Avenue from Albemarle Street, where there is a traffic light, and not from Grant Road, where there is no traffic light. He also stated that we were not to deviate from the regular routes without getting prior permission from him or Mr. Newman.

5. I recall discussing the issue with several drivers including Mr. Isse around that same time period. Mr. Isse was well aware of the proper shuttle routes and the fact that drivers were not allowed to deviate from these routes without approval from Mr. Newman or Mr. Wyatt.

6. On approximately April 11, 2005, I also saw a notice on the driver clipboard directing all shuttle drivers not to deviate from established routes without prior permission from Mr. Newman or Mr. Wyatt.

7. I never turned left onto Wisconsin Avenue from Grant Road after being directed to use Albemarle Street in April 2005.

8. I observed Mr. Isse make the left turn onto Wisconsin Avenue from Grant Road on approximately three occasions after we were instructed not to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Norman Fort_

Executed on May 30, 2007