# AMERICAN UNIVERSITY

W A S H I N G T O N , D C

## MEMORANDUM

**TO:**        Mohamed Isse

**FROM:**    Kevin Wyatt

**Date:**      April 8, 2005

**CC:**         Anthony Newman, Director of Risk Management/Transportation Services
                   Human Resources

**SUBJECT:**  AU Staff Policy Level II Violation: Willful Violation of Safety Rules

The American University's and Public Safety's policy and procedures manuals set high standards for staff members to meet. It is critical that all department personnel can be relied upon to carry out their duties. We are all part of the same team, and we cannot accomplish our mission without each member of the team doing his/her part.

On Monday April 4, 2005 at approximately 11:15am you were relieving Metro 1 for their lunch break, when you were observed dropping off passengers at unauthorized stops, at the light by the Katzen Art Center (Ward circle) and at the traffic light at New Mexico Ave. It is a safety violation to drop off or pick up passengers at non-AU stops. This issue has been addressed during previous staff meetings and the importance of avoiding unauthorized stops has been stressed on many occasions. For this reason I am issuing you a warning for "willful violation of safety rules". This type of behavior is unacceptable and will not be tolerated. Any further violations will result in further disciplinary actions including termination.