# SECTION SEVEN: DISCIPLINARY POLICY- *REVISED MAY 2005*

American University follows a progressive disciplinary policy. Understanding and accepting of these policies are implied in accepting employment.

1) Disciplinary action can take one of four forms: oral warning, written warning, suspension, or dismissal. The degree of disciplinary action is based on the nature of the offense.

2) If disciplinary action is taken beyond a verbal warning, that action will be explained in detail in a written record which will be sent to human resources for inclusion in the employee's official personnel file.

3) If no additional disciplinary actions are recorded after two years, the written record of disciplinary action will be removed.

Supervisors are required to take disciplinary action when established procedures are not followed, or when rules of conduct are ignored to the disadvantage of a working unit or the university. These guidelines have been set up to prevent misunderstandings when such occasions arise. It is the university's intention to be fair and uniform in the handling of these matters. However, these procedures should not be interpreted as constituting an employment contract.

At the discretion of the supervisor, a performance improvement plan may be implemented as part of the progressive discipline process. Communication of a performance improvement plan may take the place of any warning step in the process. See Section Six: Performance Management.

In general, the disciplinary process should proceed as follows for offenses at each level.

*Level I Offense:*

(1) Oral Warning, (2) Written Warning, (3) Final Written Warning, (4) Dismissal.

*Level II Offense:*

(1) Written Warning, (2) Final Written Warning, (3) Dismissal.

*Level III Offense:*

(1) Immediate Dismissal. A lesser penalty may be imposed if the supervisor thinks it more appropriate.

It is not possible to list all forms of behavior that are considered unacceptable in the workplace. The following are examples of infractions that may result in disciplinary action up to and including termination of employment.

*Level I*

- stopping work, loitering, or leaving office during working hours without permission
- creating or contributing to unsanitary conditions
- willful violation of safety rules
- repeated tardiness
- unexcused absenteeism (An unexcused absence is one, exclusive of scheduled annual leave or variable holidays, or use of sick leave, wherein an employee is absent without prior approval. Employees are expected to notify their supervisor of their absence as far in advance of their starting time as possible.)
- failure to turn in time sheets in a timely manner
- neglect, waste, and mishandling of equipment or supplies
- interference with other staff members
- failure to notify supervisor of changes in address or telephone number
- failure to report accidents which occur in performance of job
- distribution of literature, or solicitation for any cause without permission
- failure to obey a reasonable order from a supervisor.

*Level II*

- sleeping during work hours
- personal conduct detrimental to others

- horseplay, threatening, or coercing fellow workers while working on university property, on university business, or attending a university function
- obscene and abusive language, malicious gossip
- reckless, careless, or slipshod work
- irregular attendance (defined as two unexcused absences within a three-month period)

*Level III*

- stealing
- falsification of records or misrepresentation of information
- fighting or committing or threatening to commit an act of physical violence
- insubordination, refusal to obey reasonable orders from supervisor (Insubordination occurs when an employee refuses a direct order from a supervisor after the supervisor explains the consequences for continued refusal of that order.)
- deliberate destruction or abuse of university property
- willfully accessing personnel records without authorization
- violation of the university's discrimination policies
- excessive absenteeism (defined as five unexcused absences within any six-month period)
- working under the influence of alcoholic beverages; unlawful possession or use of illegal or controlled substances
- failure to demonstrate baseline performance requirements or meet the requirements of a performance improvement plan
- other serious misconduct.