

| | |
|---|---|
| William Suter/wsuter/AmericanU<br>07/19/2005 09:36 AM | To  Anthony Newman/anewman/Staff/VPFIN/AmericanU@AmericanU<br>cc<br>bcc<br>Subject  Shuttle activity |

On Monday morning, 7/11/05 just before 7AM I witnessed the following operation of the small, Ford AU shuttle bus #160:

1. After turning right off of Nebraska Avenue onto Rockwood Parkway, the bus turned right into campus without the use of any turn signal

2. After entering campus the bus did not come to a complete stop, the break lights came on but the bus barely slowed before proceeding, at the stop sign near McCabe.

I do not know of there were any passengers on the bus at the time.

Willy Suter
Director, Physical Plant Operations
202-885-2301
202-885-1165 FAX
wsuter@american.edu