# AMERICAN UNIVERSITY
W A S H I N G T O N, D C

RISK MANAGEMENT & SAFETY SERVICES

TO: Mohamed Isse

FROM: Kevin Wyatt

Date: July 26, 2005

CC: Anthony Newman, Director of Risk Management/Transportation Services
Human Resources

SUBJECT: Level II Written Warning: Careless, Reckless, or Slipshod Work

On Monday July 11, 2005 at approximately 7:00am you were driving bus #160, when you were observed entering through the Fletcher Gate without using turn signals and ran through the stop sign by McCabe Hall. Your failure to follow proper driving protocol, particularly while operating a university shuttle bus carrying passengers, creates great potential for accidents and risk to members of the campus community. Such behavior constitutes careless, reckless, or slipshod work which is a Level II violation of American University's discipline policy. This memorandum serves as a written warning under that policy.

Going forward, I expect you to operate the university shuttle bus in a manner consistent with all driving laws and safety protocol. Any repetition of this behavior or other violations of university policy will result in additional disciplinary action up to and including termination of employment.