## MEMORANDUM

**To:**       Mohammed Isse

**From:**   Tony Newman

**Date:**   August 8, 2005

**Subject:**  Summary of August 4, 2005 conversation

---

Your signature acknowledges my summary of our conversation held last Thursday August 4, 2005. You also acknowledge that while you have mentioned office "confusion" in the past, this is the first time you shared any specific details despite my request on several occasions. I had stated to you that without examples or specific incidents, there was nothing for me to act upon. After your last discipline memo, you once again related your concern of other wrongdoing in the office. I invited you to come to my office to discuss these issues. This meeting represented the first time you have given me any details of past or current improprieties. During the conversation, you shared the following incidents of concern to you:

2/3/05 Monissa left her bus unattended and skipped a run at 8:15 am.

2/23/05 Monissa, who at the time was a part time shuttle driver, clocked in but did not actually drive the shift for which she was being paid. You also said that on this date, she left her bus while at the Tenley metro stop and went to Starbucks.

2/15/05 Again, Monissa left her bus at the Tenley stop to get coffee at Starbucks.

You implied that Kevin was aware of each of these incidents and did not intervene due to their friendly relationship.

6/16/05 You stated that you switched bussed with Marcus, so he could cover your run for 8 hours. You agreed to work two 4 hour shifts on separate days to make up for the 8 hours that you were paid for but did not drive as a result of the switch. You only worked 4 hours of a different shift, but Kevin said that it was o.k. not to make up the additional time. 

6/26/05 A similar incident took place where Kevin allowed you to make up a missed 8 hour shift in which you were paid for the full time but did not work, by driving 4 hours at a different time and forgiving the difference.

You stated that there are many occasions in which drivers are working overtime but do not need the hours. You added that there are drivers who are turning in timesheets for hours not driven. You sated that within the last 2 months; Norman came onto his shift at 6:45 instead of 6:30, did not clock in and still got paid for the full shift.

At some point during the last 2 months, a P/T driver threatened to punch you during a shift. You alleged that Will Spencer had a conversation with the driver but no action was taken. You did not however state that Kevin was aware of this incident.

You described many issues of the past that still bother you. Specifically, a fist fight between Edwin and another driver that had no repercussions for either employee, incidents where the Thomas Leathers trained non AU employees on AU busses to help his friends pass the CDL test, AU employees who drove Thomas home while on the clock, and an incident where an employee named Soto was paid while not working for several months. You stated that permits were given out for free, or where in your words the permits fees were collected and kept by the previous management, and provided me photos of a vehicle you claimed had a permit in violation of campus policy. While you stated that Kevin was involved or had knowledge of the practices, you did not provide any proof or specific accusations.

Lastly, you added that previous discipline notices (as well as the most recent) issued to you were unwarranted. As in the past, I asked you to document your disagreements. While you declined on each occasion to do so, you did state that you had a follow up conversation regarding one particular incident in which you were disciplined on MLK day. During the conversation with Eyob and Leslie, you tape recorded the conversation without their knowledge, and on Thursday, offered to bring the tape to me. As I stated then, I did not feel that it would have been legal for me to have the tapes in my possession, and therefore have not heard them, nor has the content of the tapes been discussed between us.