Date:     August 9, 2005

To:       Anthony Newman, Director of Risk Management/Transportation Services, Human Resources

Cc:       Beth Muha – Executive Director H.R., Pat Kelshian – Executive Director

From:     Mohammed Isse

Subject:  Removal of Warnings Dated April 8, 2005 and July 26, 2005 from Mohammed Isse's Files


Dear Mr. Newman:

As we discussed before, I would like the warnings dated April 8, 2005 and July 26, 2005 removed from my file because the allegations contained in both these warning letters are wrong and unfounded.

April 8, 2005 Warning Letter

The April 8, 2005 warning letter alleges that I was driving the Metro 1 bus on April 4, 2005 at 11:15 am and that I was observed dropping off passengers at unauthorized stops.

However, I am positive ant I was not driving that route on April 4th. On April 4th, I drove the route from Main Campus to the law school. As soon as I received the warning letter, I spoke to Kevin Wyatt denying that I had driven to the Metro 1 bus that day. Furthermore, I asked Kevin for a copy of the route sheets showing that I drove the bus on that specific day. Kevin told me that he had thrown away the route sheets.

Kevin claimed that someone saw me make the unauthorized stop, but I am certain that I did not drive the bus in question that day. I told him that someone was surely mistaken and that I should not be penalized without substantive proof. Kevin had no picture or hard evidence such as the signed route sheets with my handwriting.

Therefore, I respectfully request that this false and unsubstantiated warning be removed from my file. As I have stated before, this warning is untrue and unfair, and I feel like I was targeted because of racial, religious, and ethnic discrimination.

July 26, 2005 Warning Letter

The July 26th, 2005 warning letter alleges that on July 11th, I was observed driving bus # 160 at 7:00 a.m. entering through Fletcher Gate without using turn signals and running through the stop sign by McCabe Hall.

Again this allegation is false and untrue. On July 11th, I came to work early around 6:10am and drove the shuttle to the gas station to fill up at 6:20 am. I then returned the shuttle to the shuttle stop (South Side) at approximately 6:40 am. I then left to move my car to park and then walked back to the University by 6:55am.

I then went to the bathroom to change into my uniform. At 7:00am, I drove bus # 160 to start my schedule. I am sure that I was not the one observed entering through Fletcher Gate and running the stop sign because while the warning letter says the shuttle entered through Fletcher Gate without using signals, I left the South Side at 7:00am. I was not entering Fletcher Gate at that time, I was exiting it.

I suspect that someone else may have been driving the shuttle during the time the shuttle was spotted. Maybe, the mechanic who checks the buses before we drive them was testing the shuttle out. The gas fuel receipt from July 11th should show that I fueled the bus very early in the morning. I would have no reason not to return the bus until 7:00am after fueling so early in the morning.

Again, I feel like I am being unjustly and unfairly targeted by Kevin Wyatt in retaliation for being honest and forthcoming about corrupt practices at the work place. I respectfully ask that this warning is also removed from my file. I have worked at the University for more than 15 years and with a distinguished record with no warnings, and I feel this record should speak for itself in my defense against these unfounded and false allegations.

Sincerely,

*[signature]*

Mohammed Isse