

# AMERICAN UNIVERSITY
WASHINGTON, DC

MEMORANDUM

**To:** Mohammed Isse

**From:** Tony Newman

**CC:** Beth Muha
Pat Kelshian

**CONFIDENTIAL**

**Date:** August 23, 2005

**Subject:** Response to Grievance Memo

---

In your August 9, 2005 memorandum, you disputed two disciplinary actions issued to you by Kevin Wyatt. I have investigated your concerns and feel confident the reprimands are justified. In both cases, the write-ups were issued neither in retaliation nor due to racial, religious, or ethnic discrimination as you allege. Both the July 26, 2005 and April 8, 2005 warnings outline the specific reasons you were cited. In fact in both cases, your violations were observed by individuals outside the Transportation Services unit. Furthermore, in your April 4, 2005 violation of university policy, you were positively identified as the driver by another university administrator. I have determined that both warnings will remain a part of your personnel file.

If you have any questions regarding the university staff discipline policy, I am more than willing to discuss it with you. Please feel free to contact Jami Krengel at extension X2566 to schedule a meeting.