| | |
|---|---|
| Tanisha Jagoe/jagoe/AmericanU<br>09/15/2005 09:11 AM | To   Kevin Wyatt/kwyatt/AmericanU@AmericanU<br>cc   Anthony Newman/anewman/AmericanU@AmericanU<br>bcc<br>Subject   Mohammed |

Hi Kevin,

I wanted to give you a heads up that I have been a passenger on Mohammed's bus the past 2 mornings. Yesterday he arrived at 7:46 for the 7:40 shuttle and today he arrived at 8:38 for the 8:30 shuttle. He also does not make a left turn onto Wisconsin Avenue at the traffic light. Instead, he drives down Grant and makes a left turn where there is no light. Both yesterday and today, he has the bus blocking oncoming traffic and blocks 5 lanes of traffic while he tries to get the bus in the far right lane. I'm not sure what his problem was today, but he was honking at the people in front of him. He honked at least 8 times and seemed to be a very rude driver. I wanted to remind him he was on a bus and not in his taxi cab. Sorry to give you bad news, but the bus is clearly identifiable as an AU bus and cars were annoyed to have him hold up all the lanes.

_____

Tanisha Jagoe
Director of Business Compliance
3201 New Mexico Ave., N.W.
Suite 280
Washington, DC 20016
(O) 202-885-2722
(C) 202-359-2830
(F) 202-885-3278