# AMERICAN UNIVERSITY
WASHINGTON, DC

MEMORANDUM

To: Mohamed Isse

From: Kevin Wyatt

Date: September 16, 2005

C: Anthony Newman
Human Resources

Ref: Termination of Employment

---

Effective today your employment is terminated. As a university shuttle operator, you are entrusted with the safe transport of the university community, the majority of whom are students. For the continued safety violations described below, I can no longer continue your employment.

I have recently received and considered complaints regarding your reckless driving from university staff members. The complaints detailed your deviating from the approved route from Tenley Metro stop to the AU campus. You were reported as driving down Grant Avenue and making a left turn where there is no light, ultimately blocking oncoming traffic and 5 lanes of traffic. One witness reported that you were honking at cars in front of you over 8 times and that other cars were clearly annoyed with you holding up traffic in all of the lanes during a busy morning rush hour. There is the potential for causing a serious accident as well major back ups in this busy intersection as well as placing passengers' safety at great risk. Your actions were unsafe and jeopardized the safety of passengers and those around you.

You were given specific instructions regarding the route to and from the Metro station. Due to heavy construction in the area and the inability to enter Tenley Circle from Fort Drive, you and all the drivers were specifically told to make the left onto Wisconsin Avenue from Albemarle Street when returning to main campus. This route is the safest and causes the least amount of disruption for that busy intersection. On April 11, 2005, I issued a notice to all drivers that they were not to deviate off of the normal routes without prior approval from myself or Tony Newman. You blatantly violated this direct order. In addition, when I spoke to you yesterday and asked if you have deviated from the specific route to and from the Metro station or any other route and you responded no. Your response is clearly misrepresentation of information. In speaking with other drivers yesterday, it was brought to my attention that you do not follow the route as instructed.

Your have been cited twice before regarding willful violation of safety rules and reckless, careless slipshod work. In April 2005, you were cited for dropping off passengers at unauthorized stops which could be dangerous to the passengers. This action was an explicit violation of our safety rules. In July 2005 you were cited for failing to use your turn signals and running through a stop sign. Again, these are serious violations. You have shown a continued pattern for failing to follow proper driving protocol and ignoring safety rules that have been implemented for the safety of the university community and others. Your actions, particularly while operating a university shuttle bus, create the potential for accidents. As a shuttle bus operator driving students, staff, faculty and other university members, you are expected to use great caution and follow all instructed safety rules.

Your continued pattern of reckless, careless and slipshod work, willful violation of safety rules and insubordination are violations of university policy.

Please make arrangements with me to return all university property including your uniforms, keys, ID badge, etc. You final paycheck will be mailed to your home address. You will receive information in the mail regarding your benefits.

If you have any questions or concerns, please call Employee Relations at (202) 885-2607.