# Transportation Services

**TO:** All Shuttle Personnel

**SUBJECT:** Route Summary

**DATE:** Monday April 11 , 2005

## Route Summary

The purpose of this guideline is to outline proper routes for all AU shuttles.

| Bus Number | Passenger Capacity | GVWR |
|---|---|---|
| Bus 2: | 70 passengers (seated and standing) | 26000 |
| Bus 4 | 55 passengers (seated and standing) | 36000 |
| Bus 5 | 35 passengers (seated and standing) | 20180 |
| Bus 6 | 80 passengers (seated and standing) | 28000 |
| Bus 7 | 30 passengers (seated and standing) | 19460 |
| Bus 8 | 55 passengers (seated and standing) | 23180 |
| Bus 9 | 55 passengers (seated and standing) | 24400 |
| Bus 10 | 50 passengers (seated and standing) | 17400 |
| Bus 108 | 80 passengers (seated and standing) | 25300 |
| Bus 160 | 13 passengers (seated) | 8100 |

## Route summary

### Main campus- Tenleytown Metro

These shuttles operate between the Main Campus (4400 Mass Ave NW and Tenleytown Metro station (40th St and Albemarle St). Three shuttles operate on the weekday and two operate on weekends and holidays. One shuttle operates until 3am on Friday and Saturday nights.

**From the campus:** the shuttle starts on the Main Campus (4400 Mass Ave NW) makes a right on Mass Ave, (left) through Ward Circle onto Nebraska Ave, (left) onto Wisconsin Ave, (right) onto Grant St. (left) onto 40th St, stops at the corner of 40th and Albemarle Sts. (Tenleytown Metro station).

- Stops:
  - Main campus- (north campus and south campus).
  - Van Ness-Nebraska and Van Ness Sts-the metro bus stop on Nebraska Ave after crossing Van Ness St. (request only stop).
  - Tenley campus-metro bus stop on Nebraska Ave across Tenley campus, just before Wisconsin Ave.
  - Brandywine-at the corner of Brandywine St on 40th St. (request only stop).
  - Tenleytown Metro Station-corner of 40th St and Albemarle St.

# Transportation Services

**To the Campus:** the shuttle starts on 40th St, (right) onto Albemarle St, (left) onto Wisconsin Ave, (right) onto Nebraska Ave, (right) onto Rockwood Pkwy, (right) onto campus.

- Stops
  - Tenleytown Metro Station-corner of 40th St and Albemarle St.
  - Tenley Campus-Nebraska Ave at the second driveway to Tenley campus.
  - Van Ness-the metro bus stop on Nebraska Ave after crossing Van Ness St. (by request only)
  - Nebraska Hall-Metro bus stop on Nebraska Ave before Ward Circle. (by request only)
  - Ward Bldg-Metro bus stop on Nebraska Ave outside of the Ward Bldg.
  - South campus-(Anderson/ Letts Halls).

## Main Campus-Washington College of Law

This shuttle operates between the Main campus (4400 Mass Ave NW) and the Washington College of Law (48th and Mass Ave. NW). One shuttle Monday –Friday 7am-12:30am, one shuttle Saturday 8am-1:30am and one shuttle Sunday 8am-1am. This shuttle also operates on holidays.

**From the campus:**
South campus, (left) onto Rockwood Pkwy, (left) onto Nebraska Ave, around the outside of the circle onto Mass Ave, (right) onto 49th St, (right) onto Yuma St, (right) onto 48th St.

- Stops:
  - South campus-Anderson/Letts Halls
  - Nebraska -Metro bus stop on Nebraska Ave outside of the Nebraska Lot.
  - Katzen-Metro bus stop on Mass Ave in front of the Katzen Art Center.
  - WCL-side of Law College on 48th St.

## From Washington College of Law:

48th St, (left) onto Mass Ave, (right) into Main Campus.
- Stops:
  - WCL-side of Law College on 48th St.
  - North campus-outside of Hughes Hall
  - South campus-Anderson/ Letts Halls.

## Washington College of Law-Tenleytown Metro

This shuttle operates between the Washington College of Law (48th and Mass Ave. NW) and the Tenleytown Metro Station. Two shuttles operate Monday –Friday 8am-12:00pm and 4pm-8pm. One shuttle operates between 12pm-4pm and 8pm-1230am. This shuttle does not operate on weekends and holidays. Only one shuttle operates during the summer months.

## From Washington College of Law:

# Transportation Services

48th St, (left) onto Mass Ave, (left) through Ward Circle onto Nebraska Ave, (left) onto Wisconsin Ave, (right) onto Grant St, (left) onto 40th St., stops on 40th St across from the Metro station.

- Stops:
    - WCL-side of Law College on 48th St.
    - Ward Circle-Metro bus stop outside of campus.
    - Metro-40[th] St across from the Tenleytown Metro station.

**From the Metro:**

40th St, (left) on Brandywine St, (left) on Wisconsin Ave, (right) onto Nebraska Ave, (right) onto Mass Ave, (right) onto 49th St, (right) onto Yuma St, (right) onto 48th St.

- Stops:
    - Metro-40[th] St across from the Tenleytown Metro station.
    - Tenley Campus-Nebraska Ave at the second driveway to Tenley campus
    - Katzen-Metro bus stop on Mass Ave.
    - WCL-side of Law College on 48th St.


NO Shuttle operator can change or deviate from the normal/regular shuttle routes without prior approval from Kevin and /or Tony Newman **FIRST**.

Failure to follow this guideline will result in disciplinary actions.