Attention all shuttle operators:
as of April 11, 2005

**DO NOT** deviate off of the normal routes for any reasons except you have prior approval from Wyatt or Newman first.

Stay on Nebraska Ave. for the Metro and WCL Direct routes.