| | | |
|---|---|---|
| Kevin Wyatt/kwyatt/AmericanU<br>09/15/2005 11:13 AM | To | Anthony Newman/anewman/AmericanU@AmericanU |
| | cc | |
| | bcc | |
| | Subject | Fw: Mohamed |

  
4-11-05.doc  Uniform Policy.doc  Mohamed reciept

Mason will send give a copy of the bill for his cleaning. The memo 4-11-05 was placed on the briefing clipboard advising operators not to deviate off of the routes without prior approval. Also when I asked Mohamed about the route he takes from the Metro to get back to campus he told me that he always takes Albermarle. So far the only person who has taken Grant is Weddle.
I talked to Weddle, Mohamed, Leslie and Mike West, I will call the rest.