January 30, 2002

Brenda K. Harner
Policy Analyst
Office of Human Resources
American University
Washington, DC 20016

Dear Ms. Harner:

    This letter is written in an attempt to get a problem solved at the Public Safety department of American University, where I have worked since 1990. My main concern is that I have been feeling psychological harassment coming from the management of the department. This has occurred several times over the past few years. The current situation has especially caused disturbance.

    I spend more than half of my day working at the Public Safety department of American University. The University has become my second home, and I would like it to be an environment where I can feel comfortable, appreciated, and respected. Right now I am feeling that the Public Safety management is not meeting my expectations of these feelings. Because of this, I have felt psychological harm and discriminated against. If this continues, my work performance may falter, as my job satisfaction already has. I really like my work at American University, and I am hoping that once again after some problems are cleared up, I can feel satisfied and harassment-free at it.

    One of the first times I felt discriminated against/singled out at work was in the spring of 1999. At that time my hours were not recorded properly. I was working overtime but these hours were not documented by manager Thomas Leathers. Also, I took a one week vacation during spring break, but Mr. Leathers documented that I took a two week vacation instead. I was not paid for that week of work. That was until I voiced my concern to Beth Hayes at the AU Human Resources department. She had my hours cleared up and I was finally paid for the hours not documented and the week that Mr. Leathers had put me in as on vacation.

    In the last few years, I have felt that Mr. Leathers has not evaluated me properly and fairly. His evaluation ratings in the last two years have gone to 3, while I used to get

1

better ratings. I feel that Mr. Leathers has not judged my performance properly. The more years that I have been working at American, the more experience I get and the better I perform my job. In September of 2001, my evaluation produced a pay raise of only around $.85. Then, after I spoke with Ms. Carson, she agreed to adjust it to $.50 more. However, my check was not changed to the new pay rate for two months. It seemed to me that Mr. Leathers did not want to give me a respectable raise.

In 2000, I had an accident with the shuttle bus. The police came and took me to the hospital for a drug test. The University was responsible for the bill. Four times I gave the hospital bill to Mr. Leathers because the hospital kept asking me to pay. My credit history was in jeopardy over this. Finally, I talked to Ms. Carson, and she paid the bill by credit card.

In recent months, it has not only been Mr. Leathers that I feel has put unnecessary pressure on me at work because Kevin Wyatt has done so as well. He has come on the bus to check up on me in a harassing manner. For example, he gives me looks that make me feel as if he has a very unfriendly and negative attitude towards me. He comes on the bus to judge what I am doing and he embarrasses me. One night, in 2001, a passenger threw up on the bus. There were no cleaning products around such as a broom and Mr. Wyatt refused to help me sweep up the mess, while at the same time meanly telling me that it was my own responsibility to clean up. Rather than trying to help me because we are co-workers, Mr. Wyatt argued with me and did not want to help. I feel that Mr. Wyatt is harassing me because I—along with William Andreda—feel singled out from the other employees when he is checking performance.

Mr. Wyatt has told me that I have been late to work and from break especially when this was not the case. I feel that I am one of the better employees in terms of getting to the job on time but meanwhile I am being questioned and accused of tardiness much more than most of the other bus drivers. Mr. Wyatt tells me "I am watching you." This makes me feel as if I am not doing my job right. It makes me feel very disappointed. And it makes me angry because I feel that I am a good worker and Mr. Wyatt is only saying this to harass and intimidate me. I have heard from others including Sean (he can be reached at 202-829-5978) and Curtis Blake (301-731-0887) that he has asked them to watch me. This has made me feel very uncomfortable and has made my job unpleasant.

On another note, I have noticed that Mr. Wyatt is not performing his duties at 100%. According to his position he is supposed to have the Commercial Driver License (CDL). This would allow him to relieve the drivers on duty when they need to take a lunch break. He should be helping the drivers in this way.

In November of 2001, there was a bus driver meeting. At that meeting I suggested that I can take a new morning opening for driving the bus to and from the American law school. On January 9, 2002 I was asked about this in Public Safety. I told them, however, that I would not be able to fill this shift because my wife is now working in the morning. They were very upset. They are not accommodating to my schedule, but they should be because I am the most senior bus driver at American University. It seems to me that Mr. Wyatt and Mr. Leathers are selectively accommodating to schedules. Other American University drivers seem to be better accommodated in their schedules.

I have spoken with Ms. Carson about the fact that I feel discriminated against at work. She told me that I am the same color as Mr. Leathers. But I told her that discrimination is not only due to color, but also nationality, or religion for example. After I talked to her, things cooled down and I was feeling better. But since at least the summer of 2001, things have changed in a negative way once again.

I feel that I am being discriminated against perhaps because I am an immigrant. I am also sensitive to the religious factor, as I am a Muslim. The American University's staff are not supposed to discriminate because of race, color, nationality, religion, or any other such features. Therefore, I am bringing my case to the full attention of Human Resources at American University. I am hoping that this problem can be straightened out within American University, without the use of legal professionals.

Sincerely,

Mohamed Isse