March 27, 2003

Mary Beth Muha
Executive Director, Human Resources
American University
4400 Massachusetts Ave., NW
Washington, D.C.


Dear Ms. Muha,

I am writing this letter in order to inform you of what I feel are unacceptable work conditions in the Department of Public Safety. I have attempted to raise my concerns with my immediate supervisors, Colleen Carson, Director of Public Safety, Thomas Leathers, Manager, Transportation Services, and Kevin Wyatt, Shuttle Supervisor, as well as with Brenda Harner, Policy Analyst in Human Resources. However, I feel that none of them have adequately addressed my complaints and the problems continue to persist. I am hoping that by writing you, the problems I raise below will be seriously investigated.

The central complaint I have is that I, as well as probably others, am working in a highly stressful, frustrating, hostile, and unfavorable work environment as a shuttle bus driver. I feel that certain employees are treated with favoritism, while others, such as myself, have been treated unfairly based upon my race. I have indications that some hours of work may have been improperly recorded, and that certain employees have been recorded as on the clock when in fact they were not present at the workplace. I have raised this issue with Brenda Harner, but so far have seen no indication that these matters have been investigated.

In May of last year, Grace Karmiol, Director of Human Resource Policy, provided me with a determination of complaint after I reported in January what I felt was discrimination on the basis of national origin and religion at my workplace. Despite her finding, I feel that discrimination and psychological harassment persists, namely by Thomas Leathers and Kevin Wyatt, the latter who has undertaken actions such as questioning such things as my taking a bathroom break. I question as to why I, nor the two witnesses I mentioned in my complaint, former drivers Sean and Curtis Blake, were not consulted or questioned as part of her investigation. These matters need to be seriously looked into.

I especially would like to have a clearer explanation as to why the pay raises received by different drivers vary greatly despite equivalent work performance. I have been a full-time driver since 1990, yet there is no indication that my seniority is reflected in my pay scale. My most recent Performance Management Worksheet from July 2002 indicated that I have demonstrated expected outcomes as planned or more than planned, and have demonstrated all competencies, which would suggest that I should be paid within Zone Three of the Pay Band Structure of the job category specialist. In addition, whereas last

year I received a pay increase of an additional $1.34, this year, despite improved performance, I have only received a pay increase of $ .97. I have received no explanation as to why my increase dropped 33% from a 9% to 6% raise despite the improvement in my performance evaluation.

Finally, I would suggest that the supervision of shuttle bus drivers be expanded so that there is supervisory coverage for the entire time period that shuttle buses are operating. This would be helpful for the operation of shuttle bus service and would be useful in the case of breakdowns, an emergency with passengers, or a familial emergency that may require a driver to respond immediately. Unfortunately, there are often times when I have tried to reach my supervisors by radio and they have not responded, although there was a pressing situation regarding timely operation of shuttle service.

I hope that by bringing your attention to these issues, you will investigate my complaints. If you have questions and would like more details concerning the issues I have raised, please do not hesitate to contact me at the number below. I hope that these problems can be solved once and for all.

Sincerely,

Mohammed Isse
1-703-627-4827