

# AMERICAN UNIVERSITY
WASHINGTON, DC

To: Mohammed Isse                                                                HUMAN RESOURCES

Through: Grace C. Karmiol, Director of HR Policy and Regulatory Affairs

From: Deadre' R. Johnson, Policy Analyst

Date: May 7, 2003

Re: Determination of Discrimination Complaint

---

The Office of Human Resources has reviewed your complaint and conducted an inquiry of the issues raised. In your complaint, you raise the same or similar issues as in your previous complaint of May 2002.

Through our review, we have found no evidence of discrimination against you by your supervisors. In your complaint, you questioned why you and two former employees were not interviewed as part of your previous complaint. Your initial meeting to file a complaint with Brenda Harner produced sufficient information to begin the investigation. Other interviews conducted provided enough information to move forward with the investigation. The two former employees were not seen as relevant witnesses to the investigation.

Your complaint raised concerns about your work environment. You indicated certain employees recorded hours worked when they were not present. This issue was investigated in your last complaint. It was determined there was no evidence that the department had been paying employees for time they did not work and you offered no new evidence to support this allegation.

You also suggested that the supervision of shuttle bus drivers be expanded to have onsite coverage for entire time that shuttle buses are operating. We specifically raised your concerns with Colleen Carson, Director of Public Safety and Thomas Leathers, Manager of Transportation Services. They have informed us that all supervisors are accessible by phone or radio for any emergency situation. In addition, the dispatchers are available to contact any of the supervisors. They indicated that this set up has been effective for drivers in the past. Your immediate supervisor was not aware of you not being able to contact him at any time. Ms. Carson and Mr. Leathers are aware of your concerns and will continue to ensure that supervisors are available for emergency situations.

In your complaint, you requested an explanation for what you perceive to be varied pay increases issued for similar work performance by the shuttle drivers. Performance based salary increases are awarded to an employee based on the individual's performance as demonstrated by the achievement of their expected outcomes and

demonstration of competencies, an individual's skill set, the position of the individual's compensation within the band, and the departmental budget allocated for increases. All of these factors play a role in determining salary increases. A review of your salary history indicates your increase was equitable based on all these factors.

    Our office takes complaints of discrimination very seriously and will review any matters brought to our attention. If you have any questions or additional concerns, please feel free to contact me on extension 2721.

C:    Colleen Carson, Director of Public Safety
      Thomas Leathers, Manager of Transportation Services
      Kevin Wyatt, Shuttle Supervisor