

# AMERICAN UNIVERSITY
W A S H I N G T O N, D C

## MEMORANDUM

**TO:** Beth Muha

**FROM:** Beth Hayes

**SUBJECT:** Investigation of Complaint - M. Isse

**DATE:** September 14, 1998

The following is the result of an investigation I have completed concerning a workplace incident involving a Public Safety supervisor and a shuttle bus driver. The interviews, findings, and recommendations are noted below.

**Complaint and Background Data**
Mr. Mohammed Isse has been with AU since October 1990 as a shuttle bus driver. He has lodged a formal complaint against Michael Weight, who until recently, was the Public Safety midnight shift supervisor. Officer Weight has been promoted to Sr. Crime Prevention Specialist and now works on the day shift. In his written complaint, Mr. Isse states that Nick Wilson is his supervisor; all shuttle bus drivers report to Thomas Leathers, Manager of Transportation Services.

In a formal letter to this office and subsequent interview, Mr. Isse stated that he has been the target of verbal abuse and aggression by Officer Weight. He alledges that the incident on July 17, which precipitated this complaint, is one in a series of incidents by Weight including when Weight twice removed Mr. Isse's food from the microwave.

**Interviews and Documents**
I met with Officer Weight concerning the complaint. He says his relationship with Mr. Isse has been a "pleasant" one over the years. The following is a summary of the interview:

- *Leaving early incident*: Mr. Isse was attempting to leave at 12:20 am on July 17. Officer Weight said he told Mr. Isse that he must stay until 12:45 am and referred him to the department clock on the wall. Mr. Isse gestured to his wristwatch and said, "my watch." The exchange began to get heated so Officer Weight said "just go home." Mr. Isse left the building but turned around just outside the door and said to Officer Weight, "I'm a man, I'll take care of you."

- *Microwave oven incident*: Officer Weight said there have been several instances in which Mr. Isse puts his food in the microwave and leaves the building to make another shuttle bus run loop, which may take 10-15 minutes. On several occasions, Officer Weight has

found Mr. Isse's food in the microwave, removed it, and placed it on top of the microwave so he can warm his meal. Officer Weight has no recollection of Mr. Isse requesting that his food remain in the microwave until he returns from his route.

- Officer Weight said he would be willing to meet with Mr. Isse with a mediator.

### Interview with Thomas Leathers

I met with Thomas Leathers, Manager of Transportation Services, concerning the complaint. The following is a summary of the interview:

- Shuttle bus drivers who work the late shift report to the Public Safety supervisor because there are no transportation supervisors working at that time. This is documented in "Shuttle Services Operational Procedure" *K. During the absence of the Manager of Transportation Services, operators are to report to the University Police Supervisors.* Mr. Leathers distributed this document at the June monthly meeting for all shuttle bus operators. The labor record shows that Mr. Isse was in attendance.

- Operators are required to set their watches by the digital clock (ARMS system) in Public Safety. This policy is delineated in the Shuttle Operations Manual section *J. Watches ...All shuttle staff members are required to have an accurate timepiece. Please set your timepiece upon your arrival to the time indicated in the Shuttle Transit office....*

- There are now two microwave ovens for the use of public safety and transportation employees. Leathers has seen Mr. Isse dash into the public safety building, put food in the microwave, drive a loop, then come in and get his food. Leathers says it takes 15-20 minutes to complete a loop.

- The procedure that Public Safety supervisors are to follow if a shuttle driver is leaving early on a shift is to send a message to the Manager of Transportation Services citing the infraction. The Manager will follow up with the driver. Mr. Leathers has not received any formal notice from Officer Weight about this matter, although he was aware of the incident.

### Memorandum from Colleen Carson

Officer Weight immediately reported the incident to Colleen Carson, Director of Public Safety, who separately met with both parties and submitted a memorandum to my office. Her findings are consistent with my interviews.

### Findings and Recommendations

The following are my findings and recommendations concerning this incident.

- Both Mr. Isse and Officer Weight are puzzled by the incident. Both seem disturbed by the events of that evening and both stated that they are willing to meet with a mediator to help clarify the situation. It is my recommendation that the meeting is scheduled with the mediator as soon as possible. In her memo, Director Carson suggests Gary Wright.

- That Mr. Isse review the Shuttle Services Operational Procedures and Shuttle Operations Manual to refresh his memory about department policy and procedures. In particular, he should review the sections on late night supervision, watches, and clarify with Thomas Leathers the identify of shuttle supervisors during the day and night shifts.

- No formal disciplinary actions for either party are recommended at this time.

*accepted*
*Minka*
*10/16/98*