# AMERICAN UNIVERSITY
WASHINGTON, DC

CONFIDENTIAL MEMORANDUM

HUMAN RESOURCES

To: Mohammed Isse

From: Grace Karmiol, Director of HR Policy & Regulatory Affairs

Date: April 5, 2005

Re: Response to Concerns in February 23, 2005 Correspondence

    Our office has reviewed the concerns you raised in your February 23, 2005 correspondence to Beth Muha. In that letter, you requested that we review the incidents that led to you receiving an oral and written warning from your supervisor. We have reviewed the incidents in question and have spoken to the appropriate individuals involved in those incidents.

    In reference to the oral warning you received for the unplanned absence on January 17, 2005, there is a discrepancy in the conversation between you and your supervisor. You claim your supervisor, Mr. Wyatt, called you to tell you to take the day off. Mr. Wyatt claims he called you to make sure you would be at work on that day so that another employee could take the day off. There was also a witness who was present when Mr. Wyatt called you. This witness stated that he specifically heard Kevin on the telephone telling you that you needed to come into work on January 17th.

    In reference to the written warning you received, again there was a discrepancy between your version of events and your supervisor's version of events. You indicated that you called Mr. Wyatt to notify him that you could no longer drive the bus and that he did not answer the phone. Mr. Wyatt claims he never received any calls from you regarding the bus.

    Based on our review of this matter, we have no evidence to show that you were wrongfully cited or disciplined. We strongly recommend you and your supervisor consider taking additional steps to increase and enhance the level of communication between the two of you in order to avoid the potential for confusion in the future.

    If you have any further questions or concerns, I can be reached on extension 3529.

C: Anthony Newman
    Pat Kelshian
    Kevin Wyatt