# KENNEDY & DOLAN
ATTORNEYS AT LAW
*LEE PLAZA*
8601 GEORGIA AVENUE
SUITE 910
SILVER SPRING, MD 20910
(301) 608-3000
FAX (301) 608-3007

JOHN F. KENNEDY (DC, VA, PA, NJ)
KATHLEEN A. DOLAN (MD, DC, MA)

D.C. OFFICE:
805 15TH ST., NW
SUITE 705
WASHINGTON, D.C. 20005

E-MAIL
JFKDC@AOL.COM

February 1, 2005

Kevin Wyatt
Department of Public Safety
American University
4400 Massachusetts Avenue, N.W.
Washington, DC 20016-8033

Re: <u>Mohamed Isse</u>

Dear Mr. Wyatt:

Mohamed A. Isse has contacted me about your cell phone call to him on January 13, 2005.

Mr. Isse is adamant you informed him he did not need to work on MLK Day.

It is very strange you would call him to remind him to work that day, as you now state.

Given the history of Mr. Isse's complaints, this appears to be a pretext. We hope it is not. Mr. Isse has been employed there for many years. It seems strange now all of a sudden he needs a reminder cell phone call to come to work. We hope it does not become a pattern.

Sincerely,

John F. Kennedy

JFK/omj
Enclosure

cc: Pat Kelshian
    Anthony Newman