**KENNEDY & DOLAN**
ATTORNEYS AT LAW
*LEE PLAZA*
8601 GEORGIA AVENUE
SUITE 910
SILVER SPRING, MD 20910
(301) 608-3000
FAX (301) 608-3007

JOHN F. KENNEDY (DC, VA, PA, NJ)
KATHLEEN A. DOLAN (MD, DC, MA)

E-MAIL
JFKDC@AOL.COM

February 3, 2005

Kevin Wyatt
Department of Public Safety
American University
4400 Massachusetts Avenue, N.W.
Washington, DC 20016-8033

   Re: <u>Mohamed Isse</u>

Dear Mr. Wyatt:

  Mohamed A. Isse has contacted me again about a written warning you just issued to him on Monday.

  The pattern is developing more quickly than expected.

  Mr. Isse took over a bus for another driver because the seat was broken. That female driver could not adjust the seat and, given she was not tall enough to operate the vehicle safely, she asked MR. Isse to drive it because he was taller. He agreed.

  Immediately upon taking over the bus, Mr. Isse's feet became unbearably cold as the bus' front heater was not working. This was known by your Department for sometime.

  On January 18, 2005 the weather was bitter cold. Mr. Isse's feet were frozen to the point of making the continuous operation of the bus unsafe for both passengers and himself. He called over the radio regarding this but no response was received. He waited until the other driver verbally informed you of this situation.

  Mr. Isse then took prompt and proper action based upon your own Department's instructions regarding the safe operation of University vehicles.

  To discipline him for this shows an ulterior motive at the Department which Mr. Isse has complained about before.

We hope this pattern does not become a practice.

Sincerely,

*[signature]*

John F. Kennedy

JFK/omj
Enclosures(3 pages)

cc: Mary Beth Muha
    Pat Kelshian
    Anthony Newman
    President