

# AMERICAN UNIVERSITY
WASHINGTON, DC

HUMAN RESOURCES

October 14, 2005

Mr. Mohamed Isse
4939 Carriage Park Road
Fairfax, Virginia 22032

Dear Mr. Isse:

This is to notify you that the Staff Personnel Review Board has appointed a Hearing Panel to hear the appeal of your separation from American University. The panel members are:

Michele Mikkelsen – Team Leader, Personnel & Fiscal Affairs, University Library
Terry Fernandez – Director, Customer Services & Supplies, Information Technology
Charles Pardue – Assistant University Registrar, Office of the Registrar

The Hearing Panel will meet on Wednesday, October 26, 2005 at 10:00 am in the Library Archives Room located on the third floor of Bender Library.

As indicated in the "Staff Personnel Review Board, Procedures for Hearing Panels" previously given to you, you may challenge the composition of the panel. You are also entitled to bring witnesses and/or an advisor to the hearing. Please notify me no later than Monday, October 24, at (202) 885-3529 to confirm your attendance at the hearing and whom, if anyone, you plan to bring with you.

Sincerely,

Grace Karmiol
Director, Policy and Regulatory Affairs

c: ✓Anthony Newman
   Kevin Wyatt
   Michele Mikkelsen
   Terry Fernandez
   Charles Pardue

OFFICE OF FINANCE AND TREASURER
4400 MASSACHUSETTS AVENUE, NW  WASHINGTON, DC 20016-8054  202-885-2591  FAX: 202-885-2558