# AMERICAN UNIVERSITY
W A S H I N G T O N ,  D C

## MEMORANDUM

To: Ivy Broder, Acting Provost

From: Grace Karmiol  *GK*
Director, HR Policy and Regulatory Affairs

Date: November 29, 2005

Subject: Appeal of Mohammed Isse

---

Attached are the SPRB findings in the matter of Mohammed Isse. Policy requires your review, consideration, and action to either confirm or not confirm the recommendation of the SPRB. Please review and indicate your findings below by returning this cover page at your earliest convenience.

I have reviewed the findings of the SPRB concerning the Mohammed Isse matter.

I hereby ___✓___ confirm

_____ do not confirm the recommendation of the SPRB.

*[signature: Ivy Broder]*
Ivy Broder

*Dec 8, 2005*
Date