# AMERICAN UNIVERSITY
WASHINGTON, DC

MEMORANDUM

December 9, 2005

Mr. Mohamed Isse
4939 Carriage Park Road
Fairfax, Virginia 22032

Dear Mr. Isse:

This is to notify you that the Staff Personnel Review Board's recommendation to uphold your termination from American University has been affirmed by the Acting Provost of the university. This concludes the internal appeals process.

Sincerely,

Grace Karmiol
Director, Policy and Regulatory Affairs