# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 570-2006-00059 |

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Mohamed A. Isse | (202) 256-2352 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 4939 Carriage Park Road | Fairfax, VA 22032 | 12/20/60 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| American University | 500+ | (202) 885-2591 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 4400 Massachusetts Avenue, N.W. | Washington, D.C. 20016 | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☒ AGE
☐ RETALIATION  ☒ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST (ADEA/EPA) | LATEST (ALL) |
| 2/1/00 | 9/16/05 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. In approximately 11/88, I commenced working for Respondent as a part-time Shuttle Bus Driver. On 10/13/90, I was reclassified by Respondent to become a full-time Shuttle Bus Driver. From approximately 2/00 to 8/05, I was unjustifiably denied a reasonable accommodation (i.e., the opportunity to use my lunch break for my "Friday Muslim Prayer" session from 1:10 p.m. to 2:10 p.m.) with respect to my religion on numerous occasions. From approximately 3/04 to 8/05, I was harassed by being subjected to religious-based, disparaging remarks (e.g., "what's wrong with you people ?" regarding Muslim bombing in Iraq). Finally, on 9/16/05, I was unjustifiably discharged from employment for alleged reckless, careless and slipshod work, willful violations of safety rules and insubordination. By contrast, substantially younger, non-Muslim and non-Somalian Shuttle Bus Drivers were guilty of these same infractions and were not discharged from employment.

II. I believe that I was discriminated against based upon my national origin, Somalian, and religion, Muslim, in violation of Title VII of the Civil Rights Act of 1964, as amended. Furthermore, I believe that I was discriminated against based upon my age, 45, in violation of the Age Discrimination in Employment Act of 1967, as amended.

*[Stamp: EEOC WASHINGTON FIELD OFFICE 2006 JAN -4 1400 L ST NW WASHINGTON DC 20]*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date 1/4/06   Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (Test 10/94)