

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, South, Suite 2000
Birmingham, AL 35205
(205) 212-2148
TTY (205) 212-2112
FAX (205) 212-2105

Mohamed A. Isse
4939 Carriage Park Road
Fairfax, VA 22032

RE:   Mohamed A. Isse vs. American University
       Charge No. 570-2006-00059

Dear Mr. Isse:

This correspondence is in reference to the charge of discrimination which you filed against the American University. Based on my analysis of the information which you have submitted, and information obtained from other sources, I have concluded that additional investigation is not likely to result in a violation of the statute, as you have alleged. Our investigation disclosed the following:

Allegation:   You allege that you were discharged from your position of Shuttle Bus Driver on September 16, 2005, because of your national origin, Somalian, religion, Muslim and age, 45 years. You further allege that you were unjustifiably denied a reasonable accommodation with respect to your religion on numerous occasions. You purport that you were harassed by being subjected to religious based, disparaging remarks.

Response:   Respondent denies your allegations. Respondent contends and evidence supports that you were disciplined and ultimately terminated from your employment because you engaged in unsafe driving, which is absolutely intolerable in a shuttle bus driver.

You were allowed to change your lunch schedule almost every Friday so that you could attend your religious service. You never filed an internal complaint about this alleged lack of accommodation.

The evidence in the Commission's possession at this time fails to support that you were discriminated against as alleged. Further, there is no evidence to support your allegations that disparaging remarks were made related to your religion or that a younger, non-Somalian, and non-Muslim was "guilty of these same infractions and was not discharged from employment".

Based on this analysis, the Commission cannot conclude that the law has been violated as you have alleged. However, if you have any additional information and/or documentation which you would like considered, please submit it to me by April 27, 2006.

If the District Director decides to dismiss your case on the basis of the evidence currently in our possession, the Dismissal and Notice of Rights issued by the Director, will advise that you may pursue this matter in Federal District Court by filing a private suit.

If you have any questions or if there is a need for discussion, feel free to call me at (205) 212-2056.

Sincerely,

_____          _____
Date                                                          Jean McGinnis-Barrera
                                                                   Investigator