| Employee Name | ID | Race | Nat'l Origin | Religion | Division | Department | Title and Position | Supervisor's Name | Supervisor Title and Position | Separation Date | Voluntary? | Cause |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hispanic | unknown | unknown | Finance/T | Shuttle Operation | Shuttle Operator (1494) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 12/5/2003 | N | Serious Misconduct - failed to secure bus. Bus rolled & crashed into parking garage pillar. |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | Shuttle Operator (1537) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 2/2/2003 | N | Failure to pass probationary period - admitted to writing sexually explicit graffiti on shuttle bus & restroom |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | Shuttle Operator (4077) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 2/19/2003 | N | Failure to pass probationary period - tardiness |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | Shuttle Operator (1537) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 7/31/2003 | Y | Job Abandonment |
| | | unknown | unknown | unknown | Finance/T | Shuttle Operation | Shuttle Operator (1549) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 10/8/2003 | N | Repeated Tardiness |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | Shuttle Operator (1508) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 6/19/2005 | N | Failure to pass probationary period - deviated from authorized route, speeding & reckless driving |
| Isse, Mohamed A. | 219594 | African American | Somalia | unknown | Finance/T | Shuttle Operation | Shuttle Operator (4078) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 8/5/2002 | N | Failure to pass probationary period - leaving early without permission, falsifying log books |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | Shuttle Operator (1512) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 8/18/2005 | N | Serious Misconduct - deviation from authorized route without permission, not following orders of supervisors, etc. |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | Shuttle Operator (1508) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 12/17/2004 | N | Serious Misconduct - reckless driving, suspected working under influence of alcohol. |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | Shuttle Operator (4077) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 8/14/2005 | N | Serious Misconduct - altercation with co-worker. Threatened to go to car, get gun and shoot co-worker. Altercation took place at Metro in front of st |
| | | African American | unknown | unknown | Finance/P | Parking and Traff | Mgr of Transportation Se | Keishian, Patricia | Exec Dir Risk Mgmt Safety Svc (16) | 7/29/2004 | Y | Resigned in lieu of termination - loss of university driving privileges. |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | Shuttle Operator (1510) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 8/22/2004 | N | Serious Misconduct - abuse of university purchasing card. |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | Shuttle Operator (1537) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 10/5/2002 | N | Failure to pass probationary period - repeatedly took extended lunchbreaks, failed to follow supervisor's instructions. |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | Shuttle Operator (4077) | Wyatt, Kevin | Shuttle Operations Coordinator (2946) | 7/21/2002 | N | Serious Misconduct - left bus running unattended at Metro stop. |
| Part Time | | | | | | | | | | | | |
| | | unknown | unknown | unknown | Finance/T | Shuttle Operation | PT Wages | Wyatt, Kevin | Shuttle Operations Coordinator | 2/3/2006 | N | Passengers complained that he yelled out bus window at another driver calling the person a "faggot" |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | PT Wages | Wyatt, Kevin | Shuttle Operations Coordinator | 8/1/2006 | N | Complaints by other staff of "Heil Hitler" salute at front desk of public safety. Incident caught on camera. |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | PT Wages | Wyatt, Kevin | Shuttle Operations Coordinator | 8/20/2005 | N | Propositioned McDonald's employee for sexual favors. Other performance issues. |
| | | unknown | unknown | unknown | Finance/T | Shuttle Operation | PT Wages | Wyatt, Kevin | Shuttle Operations Coordinator | 8/8/2005 | N | Involved in altercation with FT driver at Metro. Threatened to shoot co-worker. Altercation occurred in front of student passenger. |
| | | African American | unknown | unknown | Finance/T | Shuttle Operation | PT Wages | Wyatt, Kevin | Shuttle Operations Coordinator | 6/25/2002 | N | Left shuttle running unattended at Metro stop. |
| | | unknown | unknown | unknown | Finance/T | Shuttle Operation | PT Wages | Wyatt, Kevin | Shuttle Operations Coordinator | 3/28/2002 | N | Negative results on new employee drug screen. |