# Modified PMP for Shuttle Services 2003-2004

Employee Name: <u>Mohamed Isse</u>　　　　Evaluating Supervisor: <u>Kevin Wyatt</u>
Date of Review: <u>August 16, 2004</u>

| DEFINITION | BEHAVIORAL INDICATORS | ACTUAL ACTIONS | ASSESSMENT |
|---|---|---|---|
| **Reliability** - demonstrates a high level of dependability in all aspect of the job. | • Completes all assigned tasks on time and with minimal supervision.<br>• Arrives at work on time every day.<br>• Fulfills all commitments made to peers, co-workers, and supervisor.<br>• Informs appropriate individuals when assigned tasks will not be completed in agreed upon time frame | • Observed, meets competency<br>• Mohamed Isse is my senior operator and has helped out when needed. | ☐ Developing<br>☒ Demonstrated |
| **Integrity** - acts in an honest and trustworthy manner based on personal accountability and a moral conviction to do the right thing. | • Acts consistently with personal standards of ethical judgment when participating in group decisions and problem-solving.<br>• Acts to protect and does not violate or compromise the confidentiality of information. Recognizes when situations or directives are directly or indirectly in conflict with professional ethics or with the organization's stated values.<br>• Promises only what can reasonably be delivered.<br>• Appropriately and consistently complies with American University's policies and procedures. | • Observed, meets competency | ☐ Developing<br>☒ Demonstrated |
| **Accountability** - demonstrates an understanding of the link between one's own job responsibilities and overall organizational goals and needs, and performs one's job with the broader goals in mind | • Helps and supports fellow employees in their work to contribute to overall university success.<br>• Demonstrates understanding of the overall business – its goals, purpose, functions, competition, etc. – that helps increase employee commitment and interest.<br>• Looks beyond the requirements of one's own job to offer suggestions for improvements of overall university operations.<br>• Takes personal ownership in university's success. | • Observed, meets competency | ☐ Developing<br>☒ Demonstrated |

| DEFINITION | BEHAVIORAL INDICATORS | ACTUAL ACTIONS | ASSESSMENT |
|---|---|---|---|
| **Diversity** - demonstrates respect for all differences (e.g., race, gender, ethnic background, disabilities, sexual orientation, age, career levels, style and opinions. | • Refrains from behavior or language that is exclusionary or offensive in nature.<br>• Solicits opinions from many diverse perspectives.<br>• Considers different ideas when making business decisions.<br>• Adheres to university policy on harassment. | • Observed, meets competency | ☐ Developing<br>☒ Demonstrated |
| **Interpersonal Relationships** – Thinks carefully about the likely effect on others of one's words, actions, appearance and mode of behavior. Maintains stable performance and emotional control when faced with opposition, pressure, hostility from others and/or stressful conditions. | • Demonstrates appropriate and professional behavior at all times.<br>• Uses a high degree of tact and diplomacy in working with others.<br>• Models and exercises sound judgment regarding personal conduct.<br>• Earns the respect of others.<br>• Stays calm in the face of others' anger or lack of control or when faced with complaints. | • Observed, meets competency | ☐ Developing<br>☒ Demonstrated |

**Discussion Notes:** _____

_____

_____

Employee Signature: _____ Date: _____

Evaluating Supervisor Signature: _[signature]_ Date: 8/16/04