

2004-2005 — March 24, 2005 — August 2, 2005

# Performance Management Worksheet

| | |
|---|---|
| NAME | MOHAMED ISSE |
| TITLE | SHUTTLE OPERATOR |
| MANAGER NAME | KEVIN WYATT |
| MANAGER TITLE | SHUTTLE SUPERVISOR |

| | |
|---|---|
| PERFORMANCE YEAR | |
| PLANNING DATE | |
| FEEDBACK/ORIENTATION END DATE | |
| APPRAISAL DATE | |



Managing — Appraising — Planning

American University Human Resources: 10/00

DEPARTMENT GOALS

1. ♦ Improve Shuttle customer service results by 2%.
2. ♦ Increase level of professionalism and safety.
3. ♦
4. ♦

## Part I: Expected Outcomes

| EXPECTED OUTCOMES | TRACKING SOURCES | PROGRESS | ACTUAL OUTCOMES | ASSESSMENT<br>LESS THAN PLANNED<br>AS PLANNED<br>MORE THAN PLANNED |
|---|---|---|---|---|
| Safely operate shuttle buses consisted with departmental guidelines and policies. | • Inspection Log<br>• Observation<br>• Safely sheet<br>• C-Support | | • Range of competencies demonstrated on evaluation.<br>• Excelled in judgment of speed and distance<br>• Received 2 write ups regarding safety violations | Less than planned |
| Operates shuttle on a timely basis, completing all runs, stopping at appropriate stops. | • Inspection Log<br>• Observation<br>• C-Support<br>• Ridership sheets | | • Demonstrated by Ridership sheets<br>• Reviewed inspection logs turned in regularly on a timely basis. | As planned |
| Reduce customer complaints by familiarizing yourself with campus and community. | • Observation<br>• C-Support | | • Finance division survey and C support tickets reflect no significant complaints.<br>• Drivers received complements. | As planned |

Part 2: Competencies

BASELINE REQUIREMENTS DISCUSSED _____    MANAGER INITIALS _____    STAFF INITIALS _____

COMMENTS ON BASELINE REQUIREMENTS:

| COMPETENCIES / BEHAVIORAL INDICATORS | TRACKING SOURCES | PROGRESS | ACTUAL ACTIONS | ASSESSMENT DEMONSTRATED DEVELOPING |
|---|---|---|---|---|
| **Customer Focus:**<br>• Asks questions to identify customer's needs.<br>• Considers on the impact on the student, faculty/staff member when taking action, setting policies or operating the shuttle.<br>• Refers customers to appropriate dept or employee to solve specific problems.<br>• Seek ways to continuously improver external and internal customer satisfaction with product or service quality and on-time delivery. | C-Support<br>Observation | | • Always looking for way to assist customers.<br>• Brings concerns to appropriate person to find the best solutions.<br>• Make suggestions about changes to routes in regards to stop that will better serve our customers. | Demonstrated |
| **Attention to Detail:**<br>• Provides accurate, consistent numbers on daily Ridership logs.<br>• Provides information on a timely basis to the supervisor in a usable form.<br>• Follows policies, procedures outlined in the Transportation Shuttle Services Policies and Procedure Manual.<br>• Completes all Shuttle Ridership Count Log and Shuttle Inspection Log on a daily basis. | Ridership Log<br>Vehicle Maintenance Supervisor | | • All Ridership logs are turned in on time and legible.<br>• Has been disciplined four times since January 2005 | Developing |
| **Technical Expertise:**<br>• Understands technical aspects of job.<br>• Do well on shuttle Operator evaluations.<br>• Keeps up-to-date on resources available to serve the needs of customers.<br>• Applies technical/ procedural knowledge to correctly address a situation, taking into consideration the full range of available facts. | Vehicle Maintenance Evaluation Forms<br>C-Support<br>Observation | | • Completes all inspection logs.<br>• Understands the driver evaluation.<br>• Understands the nuances of the various busses in the fleet. | Demonstrating |

American University Human Resources: 10/00

| Communication: | Customers | | Developing |
|---|---|---|---|
| • Keeps passengers and co-workers accurately informed and up to date.<br>• Appropriately expresses one's own opinion.<br>• Uses vocabulary this is appropriate to the audience.<br>• Waits for the other person to finish their intended message before responding. | Observation<br>C-Support<br>Supervisor | | • Informs coworkers and passengers of situations in a timely manner. |

Part 3: Coaching Log and Year-End Appraisal Notes

MID-YEAR FEEDBACK DISCUSSION AND COACHING LOG:   DETAILS OF DISCUSSION AND ACTION

Mohamed has begun to grasp the vision Transportation Services has adopted, he is gaining an understanding of the direction in which the department is headed.

YEAR-END APPRAISAL NOTES:   DETAILS OF DISCUSSION AND ACTION

Mohamed is the senior shuttle operator and should be leading by example. Mohamed is willing to help out by switching his schedule and days off to make sure that the shuttle service at AU is top notch.

YEAR-END APPRAISAL DISCUSSED:   STAFF SIGNATURE _____ DATE _____
MOHAMED DID NOT AGREE WITH
DISCIPLINARY ACTIONS REFUSED TO SIGN
PMP                                MANAGER SIGNATURE _____ DATE 8/2/05

American University Human Resources: 10/00