IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ISSE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:06CV01422 (CKK) |
| AMERICAN UNIVERSITY, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before me on the Defendants' Motion for Summary Judgment and Plaintiff's Opposition thereto. The motion is <u>GRANTED</u> and the case is dismissed with prejudice.

                                                                                                                                    _____
Judge Colleen Kollar-Kotelly

Copies to:

MOHAMMED ISSE
4939 Carriage Park Road
Fairfax, VA 22032
*Pro Se* Plaintiff

Hisham R.O. Khalid, Esq.
3201 New Mexico Avenue, NW, Suite 270
Washington, DC 20016-8165
Attorney for Defendants