UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - X

MOHAMED ISSE,                              :

       Plaintiff
  v.                                       :  CA No. 06-1422(CKK/AK)

AMERICAN UNIVERSITY                        :

       Defendant                          :
- - - - - - - - - - - - - - - - X

**CONSENT MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**COMES NOW** Plaintiff, pro se and with the consent of the attorney for Defendant American University, and herein moves this to Court to extend the time for Plaintiff to respond to Defendant;'s Motion for Summary Judgment from July 16, 2007 to August 17, 2007.

The following are stated as reasons therefor:

1. The Plaintiff is **pro se** and the Motion filed by Defendant is very complicated and requires much time and effort;

2. The Defendant consents.

**WHEREFORE**, pursuant to the above, Plaintiff respectfully requests the date for which he has to respond to Defendant's Motion be extended to August 17, 2007.

Respectfully submitted,

Mohamed Isse, pro se.
4939 Carriage Park Road
Fairfax, VA 22032


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion and the Proposed Order was mailed/electronically files today, July 12, 2007, by first class mail, to the following attorney: Hisham R.O. Khalid, Esq., Office of General Counsel, American University, 3201 New Mexico Avenue, N.W., Suite 270, Washington, DC 20016-8165

RECEIVED
JUL 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mohamed Isse