UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
---------------X

MOHAMED ISSE,

   Plaintiff

 v.           : CA No. 06-1422(CKK/AK)

AMERICAN UNIVERSITY

   Defendant
---------------X

ORDER

Upon consideration of the Consent Motion to Extend and the reasons stated therefore and the entire record in this case, and the court being fully informed in the premises, it is by the court this 16th day of July 2007 hereby

ORDERED, that the Plaintiff's Consent Motion be and the same hereby is GRANTED; and it is

FURTHER ORDERED, that the Plaintiff's Opposition to Defendant's Motion for Summary Judgment will be extended until August 17, 2007 and the reply is due August 31, 2007

        _____
        Hon. Colleen Kollar-Kotelly

Copies to:

Mohamed Isse
4939 Carriage Park Road
Fairfax, VA 22032

Hisham R.O. Khalid, Esq.
Office of General Counsel
American University
3201 New Mexico Avenue, N.W., Suite 270
Washington, DC 20016-8165