# PLAINTIFF'S EXHIBIT #1
# AFFIDAVIT OF RON CROWDER

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

- - - - - - - - - - - - - - - - - - - - X
MOHAMMED ISSE,                           :

       Plaintiff,                        :

v.                                        Civil Action No. 06-1422(CK)

AMERICAN UNIVERSITY                      :

       Defendant                         :
- - - - - - - - - - - - - - - - - - - - X

### AFFIDAVIT/DECLARATION OF RON CROWDER

I, **Ron Crowder**, declare as follows:

1. I worked at American University for five years as a part-time shuttle driver on the evening shifts until June 2005.

2. Shortly after I started working there, I came out of the bathroom one day and overheard Kevin Wyatt, Shuttle Operations Coordinator, say to Thomas Leathers (Director of Risk Management and Transportation Services) talking about Mr. Isse and saying things like: "I am sick and tired of him", "sick and tired of his praying" and "he should go back to his country".

3. I heard comments like the above on several occasions.

4. This became especially bad after 9/11.

5. I was also told by Mr. Wyatt not to interact with Mr. Isse.

6. Mr. Wyatt discriminated against Mr. Isse because of his religion; he did not let him pray all the time.

7. While at the American University, my department would switch the routes often and a lot of the times no one would tell me what the new route was. The new route was not posted on the bus or on the board in the office. There were many occasions when I had no idea what the new route was.

Executed on: _____

_Ronald Crowder_
Ron Crowder

8-13-07