# PLAINTIFF'S EXHIBIT #2
# AFFIDAVIT OF WILL SPENCER

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

- - - - - - - - - - - - - - - - - - - - - X
MOHAMMED ISSE,                             :

      Plaintiff,                          :

v.                                         Civil Action No. 06-1422(CK)

AMERICAN UNIVERSITY                        :

      Defendant                           :
- - - - - - - - - - - - - - - - - - - - - X

### AFFIDAVIT/DECLARATION OF WILL SPENCER

I, **Will Spencer**, declare as follows:

1. I worked at American University for five years until September 2005 when I left employment there as a lieutenant.

2. My department was in the same building as Transportation Services where Mr. Isse worked and where I saw Mr. Isse almost every day.

3. I observed discrimination against Mr. Isse on a regular basis. Mr. Isse's prayer times were on Friday, and he was either denied the right to pray and/or he was not given enough time to do so.

4. I heard Thomas Leathers say to Mr. Isse he "might want to consider changing his name" after September 11th.

5. Once, a student at the University in May 2005 had car trouble and Mr. Isse helped her out. This student reported to me Mr. Isse went above and beyond his duties to help her and she was so grateful. I wrote a letter of commendation for Mr. Isse. I also wrote another letter for another fellow employee of Mr. Isse's by the name of Hilliard. I sent both commendation letters to Anthony "Tony" Newman, Director of Risk Management and Transportation. Tony Newman told me he would put Hilliard's letter in his file but not Isse's. I believe Hilliard is not a muslim.

6. I have knowledge Mr. Isse was diligent in his faith.

I hereby SWEAR/AFFIRM the above is true and correct to the best of my knowledge.
Executed on: 8/14/07

_____
Will Spencer