# PLAINTIFF'S EXHIBIT #3
# AFFIDAVIT OF SEAN EDWARDS

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

- - - - - - - - - - - - - - - - - - - - - X
MOHAMMED ISSE,                             :

       Plaintiff,                         :

v.                                         Civil Action No. 06-1422(CK)

AMERICAN UNIVERSITY                        :

       Defendant                          :
- - - - - - - - - - - - - - - - - - - - - X

### AFFIDAVIT/DECLARATION OF SEAN EDWARDS

I, **Sean Edwards**, declare as follows:

1. I worked at American University from 1999 to 2001 as a part-time shuttle driver on the evening shifts with Mr. Isse.

2. Thomas Leathers was the manager at Transportation Services and Kevin Wyatt worked under Mr. Leathers.

3. I witnessed Mr. Wyatt denying Mr. Isse the ability to pray. On more than one occasion they put Mr. Isse on a route where he could not pray without violating the route. During Ramadan, Wyatt threatened Mr. Isse when he wanted time off to pray.

4. When we took breaks, other employees were available to relieve us. There were relief drivers to relieve drivers during lunch, however, they tried to keep Mr. Isse on the bus. Flexibility was there for others, but they would not let Mr. Isse use it.

Executed on: 8/14/07

_____
Sean Edwards