# PLAINTIFF'S EXHIBIT #4
# AFFIDAVIT OF PLAINTIFF

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

------------------- X
MOHAMMED ISSE,

      Plaintiff,

  v.                         Case No. 6135-06(RM)

AMERICAN UNIVERSITY, et al.

      Defendant.
------------------- X

### AFFIDAVIT OF MOHAMMED ISSE

1. On many occasions, on a regular basis during my employment at American University, defendant Kevin Wyatt refused to allow me to attend Friday Muslim prayers.

2. Defendant Kevin Wyatt said things to me like I should change my name after September 11th, asking why we Muslims do that in reference to bombings in Iraq, refused to allow me to pray on Fridays, mentioned terrorism and directed those comments to me and others.

3. The comments about my religion and where I am from(Somalia) by Defendant Wyatt became worse after 9-11.

4. Defendant Wyatt's previous boss, Thomas Leathers, supervisor of Wyatt, said to me after 9-11 things like you "might want to consider changing your name".

5. I never let people off at undesignated shuttle stops as Tanisha Jagoe alleges I did on April 4, 2005.

6. Other bus drivers made left-hand turns on their routes where there was no light and were not punished in any way.

7. My normal route contained the left hand turn.

8. Risk Management and Safety Services and Risk Management and Transportation Services are located in the same building.

9. The alleged notice of April 11, 2005 attached as Defendant's Exhibit #19 states "do not deviate off the normal routes". My "normal route" included a left hand turn which they now say I violated.

10. Defendant University does not inform its drives of new routes and would often switch routes without informing them.

11. I was not informed of any new route change which prohibited any left turn from Grant and other drivers did the same and were never reprimanded/punished.

12. Despite any prior evaluations, I never received a job or promotion despite applying and any of my pay raises were very low.

13. I never spoke to Mr. Wyatt on September 15, 2005.

14. I never dropped off passengers at unauthorized stops as Tanisha Jagoe alleges I did on April 4, 2005.

15. On July 5, 2005 I did not run any stop sign or fail to use any turn signal.

16. Upon hearing of this warning letter regarding the July 5, 2005 allegation, I asked Defendant Kevin Wyatt for a copy of the route sheet which would show I did not drive that #160 bus, but Wyatt said he threw it out.

17. I was retaliated against and complained for a long time to both Deadre Johnson, Policy Analyst at the Office of Finance and Treasurer and Brenda Harner a Policy Analyst in

Human Resources about how I was being treated by both Defendant Wyatt and Thomas Leathers.

18. My repeated complaints of discrimination and retaliation started after Kevin Wyatt came to the University in 1999.

Mohammed Isse, Pro Se
4939 Carriage Park Road
Fairfax, VA 22032
(703)627-4827