```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - X
MOHAMMED ISSE,     :

Plaintiff,         :

v.                 :      Civil Action No. 06-1422(CKK)

AMERICAN UNIVERSITY:
                   :
Defendant
- - - - - - - - - -X
```

### ORDER

This matter before me on the Defendant's Motion for Summary Judgment and the Plaintiff's Opposition thereto, there are material facts in dispute precluding summary judgment wherefore it is this _____ day of _____, 2007, Defendant's Motion for Summary Judgment is hereby <u>DENIED</u>.

                                    _____
                                    Judge Colleen Kollar-Kotelly

copies to:

Mohammed Isse
4939 Carriage Park Road
Fairfax, VA 22032

Hisham Khalid, Esq.,
Office of General Counsel
American University
3201 New Mexico Avenue, N.W., Suite 270
Washington, DC 20016