## TABLE OF AUTHORITIES

**Page**

**CASES:**

Adelman-Reyes v. Saint Xavier Univ., __ F.3d __, 2007 WL 2684813 (7th Cir. Sept. 14, 2007) ................................................................................................................7

Ahmad v. Nassau Health Care Corp., 234 F. Supp. 2d 185 (E.D.N.Y. 2002), aff'd, 71 Fed. Appx. 98 (2d Cir. 2003) ..........................................................................8

Austin v. Wal-Mart Stores Texas, L.P., 2006 WL 2859367 (N.D. Tex. Oct. 5, 2006) ................ 13

Baker v. Home Depot, 445 F.3d 541 (2d Cir. 2006) ................................................................... 12

Carter v. George Washington Univ., 387 F.3d 872 (D.C. Cir. 2004) .......................................... 10

Chalmers v. Tulon Co. of Richmond, 101 F.3d 1012 (4th Cir. 1996) ......................................... 12

Daniels v. City of Arlington, 246 F.3d 500 (5th Cir. 2001) ........................................................ 12

Ellis v. Principi, 2007 WL 2510620 (5th Cir. Sept. 5, 2007) ...................................................... 13

\*    Elmenayer v. ABF Freight Sys., Inc., 2001 WL 1152815 (E.D.N.Y. Sept. 20, 2001), aff'd, 318 F.3d 130 (2d Cir. 2003) ......................................................................9

\*    Elmenayer v. ABF Freight Sys., Inc., 318 F.3d 130 (2d Cir. 2003) ..............................................10

Fischbach v. District of Columbia Dep't of Corrections, 86 F.3d 1180 (D.C. Cir. 1996) .....................................................................................................................2

Fox v. Lear Corp., 327 F. Supp. 2d 946 (S.D. Ind. 2004) ........................................................... 10

\*    Freedman v. MCI Telecommunications Corp., 255 F.3d 840 (D.C. Cir. 2001) ..........................7, 8

Goldmeier v. Allstate Ins. Co., 337 F.3d 629 (6th Cir. 2003) ..................................................... 13

Griggs v. Duke Power Co., 401 U.S. 424 (1971) ......................................................................... 3

Jones v. TEK Indus., Inc., 319 F.3d 355 (8th Cir. 2003) ............................................................. 12

Ledbetter v. Goodyear Tire & Rubber Co., 127 S. Ct. 2162 (2007) ............................................. 3

Lemmons v. Georgetown Univ. Hosp., 431 F. Supp. 2d 76 (2006) ............................................. 11

Martin v. Enterprise Rent-A-Car, 2003 WL 187432 (E.D. Pa. Jan. 15, 2003) ............................ 13

Matta v. Snow, 2005 WL 3454334 (D.D.C. Dec. 16, 2005) ........................................................ 2

\*    Authorities upon which we chiefly rely are marked with asterisks.

**Page**

\*     Mayers v. Laborers' Health & Safety Fund of North America, 478 F.3d 364 (D.C. Cir. 2007) .......................................................................................................... 10

McCoy v. WGN Continental Broadcasting Co., 957 F.2d 368 (7th Cir. 1992) ............................. 2

National R.R. Passenger Corp. v. Morgan, 536 U.S. 101 (2002) ................................................ 10

Rasch v. National R.R. Passenger Corp., 1991 WL 221270 (D.D.C. Oct. 11, 1991), aff'd, 993 F.2d 913 (D.C. Cir. 1993) ........................................................................... 12

Rashad v. Fulton County, Ga., 2007 WL 1020846 (N.D. Ga. Mar. 29, 2007) ............................. 13

\*     Stewart v. District of Columbia, 2006 WL 626921 (D.D.C. Mar. 12, 2006) ............................... 11

Stewart v. Saint Elizabeth's Hosp., 2007 WL 2257220 (D.D.C. Aug. 3, 2007) .......................... 11

\*     Stone v. West, 133 F. Supp. 2d 972 (E.D. Mich. 2001) ........................................................ 12, 13

Storey v. Burns Int'l Sec. Servs., 390 F.3d 760 (3d Cir. 2004) .................................................... 12

Taub v. FDIC, 1997 WL 195521 (D.C. Cir. Mar. 31, 1997) ........................................................ 11

\*     Thompson v. Kaufman's Bakery, Inc., 2005 WL 643433 (W.D.N.Y. Mar. 16, 2005) ............................................................................................................................. 12

Vickers v. Powell, 493 F.3d 186 (D.C. Cir. 2007) ........................................................................ 3

Washington v. Thurgood Marshall Academy, 2006 WL 1722332 (D.D.C. June 19, 2006) .................................................................................................................................. 9

Waterhouse v. District of Columbia, 124 F. Supp. 2d 1 (D.D.C. 2000), aff'd, 298 F.3d 989 (D.C. Cir. 2002) ........................................................................................... 3, 7

Waterhouse v. District of Columbia, 298 F.3d 989 (D.C. Cir. 2002) ........................................... 3

**RULES:**

Fed. R. Civ. P. 56(e) .................................................................................................................... 11

**STATUTES:**

42 U.S.C. § 2000e-2(a) ................................................................................................................ 12

42 U.S.C. § 2000e-5(e)(1) ........................................................................................................... 10