# TAB A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ISSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01422 (CKK) |
| ) | |
| AMERICAN UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL DECLARATION OF TANISHA JAGOE**

I, Tanisha Jagoe, declare as follows:

1. On April 4, 2005, I sent an email to Transportation Services Director Tony Newman to inform him that I had observed University shuttle operator Mohammed Isse allow passengers to disembark at unauthorized stops from the bus on which I was riding that morning.

2. I regularly ride the University shuttle buses and recognized Mr. Isse by sight. By stating "I believe Mohammed was driving," I did not mean to suggest that I had any doubt that Mr. Isse was the driver. I simply intended to suggest that, given the seriousness of the incident, it was the responsibility of Transportation Services to investigate.

3. I had no knowledge that Mr. Isse had filed complaints with the Human Resources Department.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 20, 2007