# TAB B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ISSE,       )<br>                                        )<br>        Plaintiff,                  )<br>                                        )<br>    v.                                  )<br>                                        )<br>AMERICAN UNIVERSITY, et al.,  )<br>                                        )<br>        Defendants.              )<br>_____)  | Civil Action No. 1:06CV01422 (CKK) |

### DECLARATION OF BRENDA HARNER

I, Brenda Harner, declare as follows:

1.   My name is Brenda Harner. Since January 11, 1999, I have worked at American University. I have held the position of Policy Analyst in the Office of Human Resources since July 25, 2000.

2.   I frequently ride the shuttle buses operated by the University.

3.   On the morning of September 15, 2007, I boarded a University shuttle bus at the Tenleytown Metro stop. When leaving the metro stop, the shuttle driver, Mr. Isse, made a left turn onto Wisconsin Avenue from Grant Road. This caused a significant back-up during morning rush hour traffic, because Mr. Isse was making a left turn across several lanes of traffic where there is no traffic light.

4.   As a result of Mr. Isse's action, other vehicles were prevented from turning onto Grant Road from Wisconsin in order to avoid a construction detour. Many of the affected drivers began honking their horns at the shuttle bus. I recall seeing expressions of shock on the faces of many passengers because of the disruption.

5. Shortly thereafter, my supervisor Grace Karmiol brought to my attention that the Transportation Services Department had received a complaint from another passenger about a shuttle bus turning left from Grant Road. When she told me the timing of that incident, I informed her that I was a passenger on the same shuttle bus when the incident occurred, and I described the incident to her. Ms. Karmiol then informed the Transportation Services Director that I had witnessed the incident and could corroborate it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Brenda K. Harner*

Executed on September 20, 2007