# TAB C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ISSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01422 (CKK) |
| ) | |
| AMERICAN UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL DECLARATION OF ANTHONY D. NEMWAN**

I, Anthony D. Newman, declare as follows:

1. On August 20, 2005, Lieutenant-Staff Duty Officer Will Spencer sent an email to Kevin Wyatt, with a copy to me, commending Mohammed Isse for assisting a parent who was having difficulty parking her car. Mr. Wyatt saved the email and put a copy in the Transportation Services Department's files.

2. I never received a commendation letter for Curtis Hilliard. Mr. Hilliard worked in the Public Safety Department, not the Transportation Services Department, of which I am the Director. Because I was not in Mr. Hilliard's chain of command, I have no authority to view or access his records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 19, 2007