# TAB D

Page 50

1   Q. You and him?
2   A. Yeah. Wyatt was standing there.
3   Q. What happened in that discussion?
4   A. He just say, "No, you can't go to Friday
5   prayer."
6   Q. Was that one occasion? Two occasions?
7   A. Numerous.
8   Q. Pardon?
9   A. Many numbers, numerous times.
10  Q. Numerous times?
11  A. Yeah.
12  Q. Okay. William Andrade had heard numerous
13  occasions where Wyatt would not allow you to go to
14  Friday prayers. Did you ever complain? Well, before we
15  move on, any other witnesses besides William Andrade?
16  A. Yes.
17  Q. Who?
18  A. Ron Crowder.
19  Q. I'm sorry?
20  A. Ron.
21  Q. How do you spell that?
22  A. R-o-n C-r-o-w-d-e-r.

Page 51

1   Q. Ron Crowder. Who is Ron Crowder?
2   A. He was a part-time employee.
3   Q. A part-time--?
4   A. Driver.
5   Q. Okay. From when to when? When he was
6   employed, do you know?
7   A. Oh. I don't know when he was -- he was there
8   like from '99 until 2004 or something like that.
9   Q. What did he observe?
10  A. He observed the Ramadan days. I was fasting
11  all day. So he was giving the breaks to people for
12  Friday prayer, Ramadan break time, nighttime. I didn't
13  get my portion. It was Ramadan.
14  Q. Right. So you were fasting?
15  A. I was fasting. He was giving relief to
16  people. Like, he was a relief driver, giving the breaks.
17  Q. Who is "he"? Kevin Wyatt?
18  A. No, no, Ron.
19  Q. Ron Crowder?
20  A. Yeah. Then, Wyatt was sitting there at that
21  time and I said, "Kevin, I'm fasting. It's Ramadan
22  time. I'm going to take my lunchtime, but at sundown.

Page 52

1   I'm going to Kay Chapel."
2       And he told me, "I'm tired, sick of that, you
3   praying."
4   Q. So this was, according to you, in the evening
5   time?
6   A. Yes.
7   Q. You wanted to take a break in the evening to
8   go pray?
9   A. Yes.
10  Q. Did you give him any notice of your request?
11  A. What do you mean?
12  Q. Did you give him a notice of your request in
13  advance that you wanted a break at a certain time?
14  A. Yes.
15  Q. During Ramadan, did you?
16  A. Yes. And he say, "No, you can't go there.
17  You've got to drive."
18      I said, "I was fasting all day. I mean, I
19  didn't eat. I cannot say anything."
20  Q. Did you have a break earlier on in the day?
21  A. No, I just started, like, at three o'clock at
22  that time.

Page 53

1   Q. You started at 3:00?
2   A. Yeah. So this guy he's giving breaks. He
3   came there at, like, four o'clock or something like
4   that. He was sitting there and I asked him. I'm going
5   to take it, like, at five o'clock but --
6   Q. So you wanted to break at, roughly, five?
7   A. Yes.
8   Q. And he said no?
9   A. No.
10  Q. And "I'm sick of" -- what did you say he said?
11  A. I'm sick and tired of you going on breaks
12  praying."
13  Q. He said he's sick and tired of you going on
14  breaks?
15  A. Yeah, "I'm tired of the praying."
16  Q. So Ron overheard that?
17  A. Yes.
18  Q. Okay. Did anyone else overhear it?
19  A. Thomas was there also.
20  Q. Thomas Leathers?
21  A. Yes.
22  Q. Okay. When was this?

14 (Pages 50 to 53)

Capital Reporting Company

Page 54

1  A. It was, like, 2002 or something like that.
2  Q. Two thousand and two?
3  A. Yes.
4  Q. Wyatt was your supervisor in 2002?
5  A. Yes. He was a police officer, and he was
6  doing this operation.
7  Q. Any other witnesses? You've listed now
8  Victor, Willie and Ron, that's four witnesses that
9  overheard discussions, and Thomas Leathers as well.
10 anyone else?
11 A. Sean.
12 Q. Sean who?
13 A. Sean Edwards, S-e-a-n, and the last name
14 Edwards, E-d-w-a-r-d-s. He was a part-time driver.
15 Q. What did Sean Edwards observe or overhear?
16 A. Just, well, he was also a part-time driver.
17 So I couldn't go to Ramadan days to the Kay Chapel on my
18 break time.
19 Q. Say that again?
20 A. Friday or whatever you call it at Ramadan we
21 have to break. As soon as the sun is down, you have to
22 break for Ramadan.

Page 55

1  Q. Right.
2  A. So to eat or --
3  Q. To break the fast?
4  A. -- to break the fast.
5  Q. Right.
6  A. So it's my religion. I told him I'm going to
7  go, taking my break at that time, the right time, and
8  Wyatt said no. He overheard this thing, those
9  conversations when I was talking to him.
10 Q. This was the same incident, the Ramadan, that
11 you said Ron overheard?
12 A. Yes.
13 Q. In 2002?
14 A. Yes.
15 Q. So you've got this incident in 2002, according
16 to you, where he doesn't allow you to have a break at
17 the Ramadan in the evening time. You have Ron who is a
18 witness and you have Sean who you claim are both
19 witnesses to that event.
20     You've got the comment in February 2004 where
21 Wyatt tells you that you can't go for prayers. I
22 believe Victor Rhodes overheard that. You've got Willie

Page 56

1  Spencer, who you claim also overheard some discussions
2  between you and Wyatt. Although, I'm unclear of the
3  time that Willie Spencer overheard those discussions.
4  What was the time frame of that?
5  A. What do you mean?
6  Q. Willie Spencer is the witness here that you
7  said overheard Wyatt tell you that you couldn't pray.
8  When was that? When did he overhear these discussions?
9  I mean, you had discussions with Wyatt that Willie
10 Spencer overheard. When were those discussions with
11 Wyatt, the time frame?
12 A. Two thousand four to two thousand five.
13 Q. Okay. Any other witnesses?
14 A. Yes. I thought of one guy. He used to work
15 here. His first name is Abraham McDowell.
16 Q. Who is Abraham McDowell?
17 A. He used to work at the University. So he was
18 trying to get a part-time job one day. I know him.
19 "Hi, Mohamed, how are you doing?"
20     "I'm fine."
21     "I'm looking for a job."
22     I said, "Okay."

Page 57

1     "Who is the supervisor?" I told him. He
2     asked
3  me "Who is the supervisor?" I said, "The guy's name is
4     Thomas Leathers. He
5  is under Kevin Wyatt." I walked with him to the office.
6     Leather, he
7  was there. I never bring anybody to the University
8  since I was there. This is the first time when I bring
9  this guy. He was a very nice guy. I told him, "This
10 guy he's looking for a job, a part-time job." Then,
11 what happened Thomas Leathers telling him he have to see
12 Wyatt.
13 Q. So Thomas Leathers referred him to Wyatt?
14 A. Yeah.
15 Q. Who is the direct supervisor?
16 A. Yeah.
17 Q. He told him Wyatt. I said, "Listen, this guy
18 is looking for a job. He is looking here for a job, a
19 part-time job."
20     And he told me, "Are you going to leave your
21 job or give him your position," something like that. He
22 told me, "Are you going to leave your job for him?"

15 (Pages 54 to 57)