UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ISSE,<br><br>　Plaintiff,<br><br>　　v.<br><br>AMERICAN UNIVERSITY, *et al.*,<br><br>　Defendants. | Civil Action No. 06-1422 (CKK) |

**ORDER**
(February 25, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 25th day of February, 2008, hereby

**ORDERED** that [14] Defendant American University's Motion for Summary Judgment is GRANTED-IN-PART and DENIED-IN-PART. Specifically, genuine issues of material fact preclude summary judgment as to Plaintiff's wrongful termination claim, however; it is further

**ORDERED** Plaintiff's retaliation claim–Claim Two of his Complaint–is DISMISSED; it is further

**ORDERED** that Kevin Wyatt is DISMISSED as an individual party defendant to this action; it is further

**ORDERED** that a Status Conference in this matter shall be held at 10:30 a.m. on Friday, June 13, 2008; it is further

**ORDERED** that the referral of this case to Magistrate Judge Alan Kay shall be extended through June 13, 2008, in the event that the parties wish to make use of it.

**SO ORDERED**.

*This is a final, appealable order.*

                                                            /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge