UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ISSE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN UNIVERSITY, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06CV01422 (CKK) |

**PROPOSED ORDER**

Upon consideration of Defendant American University's Motion for Partial Reconsideration, the Memorandum in Support Thereof, any Opposition thereto and further Reply, and the entire record herein,

IT IS HEREBY ORDERED this ____ day of ____, 2008 that the Motion is GRANTED, and

IT IS FURTHER ORDERED that the unlawful termination claim of plaintiff Mohammed Isse is DISMISSED WITH PREJUDICE.

**SO ORDERED THIS _____ day of _____, 2008.**

_____
Judge Colleen Kollar-Kotelly

COPIES TO:

Hisham R.O. Khalid, Esq.
Associate General Counsel
The American University
4400 Massachusetts Avenue, N.W.
Washington, D.C. 20016-2724

Mohammed Isse
4939 Carriage Park Road
Fairfax, VA 22032