UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ISSE,

   Plaintiff,

     v.

AMERICAN UNIVERSITY, *et al.*,

   Defendants.

Civil Action No. 06-1422 (CKK)

**ORDER**
(April 14, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 14th day of April, 2008, hereby

**ORDERED** that [23] Defendant's Motion for Partial Reconsideration is DENIED; it is further

**ORDERED** that a Status Conference in this matter shall be held at 9:30 a.m. on Friday, June 20, 2008 in Courtroom 28A of the Sixth Floor of the Courthouse Annex. At the Status Conference, Plaintiff should be prepared to advise the Court as to whether he will be proceeding *pro se* in this matter or whether he will be retaining counsel for trial, which the Court recommends.

**SO ORDERED**.

                                                         */s/*
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge