IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ISSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01422 (CKK) |
| ) | |
| AMERICAN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Defendant American University ("American"), by and through counsel, moves the Court to continue the July 10, 2008 status conference in this case and to reschedule the proceeding on August 4th, 5th or 6th or any other date convenient to the Court. As explained below, good cause exists for the requested relief.

The parties are exploring settlement. Settlement discussions will not be complete by July 10. Defendant respectfully submits that the status conference scheduled for July 10 should not be held until the parties have concluded their discussions and have fully explored the possibility of settlement. In the event a settlement is reached, no status conference will be necessary. In the event settlement is not reached, the parties will be in a position at that time to engage in a status conference and related pretrial activities. No undue delay will result from waiting an extra few weeks. Given the benefits of continuing the July 10 conference, the parties respectfully requests that the conference be vacated and a

new date assigned in early August, 2008.  Plaintiff consents to the relief being sought in this motion.

                AMERICAN UNIVERSITY

                By counsel:

                /s/   Hisham Khalid
                Hisham Khalid (445494)
                American University
                4400 Massachusetts Avenue, N.W.
                Washington, DC  20016-2724
                (202) 885-2744

                Attorney for Defendant
                American University

Dated:  July 07, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent Motion to Continue the July 10 Status Conference was served this 7th day of July, 2008, by first class U.S. mail, postage prepaid, upon:

>Mohammed Isse
>4939 Carriage Park Road
>Fairfax, VA 22032

>>/s/ Hisham Khalid
>>Hisham Khalid

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED ISSE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01422 (CKK) |
| AMERICAN UNIVERSITY, | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This matter is before me on the Defendant's Consent Motion to continue the status conference schedule for July 10, 2008 in the above referenced matter.  The motion is <u>GRANTED</u>.  The status conference is continued to _____.

_____
Judge Colleen Kollar-Kotelly

Copies to:

MOHAMMED ISSE
4939 Carriage Park Road
Fairfax, VA 22032
***Pro Se*** Plaintiff

Hisham R.O. Khalid, Esq.
3201 New Mexico Avenue, NW, Suite 270
Washington, DC 20016-8165
Attorney for Defendants