A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Mohammed Isse )
)
Plaintiff(s) )   **APPEARANCE**
)
)
vs. )   CASE NUMBER   1:06-cv-1422
American University )
)
Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Kathleen A. Dolan and John F. Kennedy   as counsel in this
                                 (Attorney's Name)

case for:   Mohammed Isse
            (Name of party or parties)

07/08/2008                                          -S-
Date                                                Signature

                                                    KENNEDY & DOLAN
428925 Kathleen Dolan, 413509 John Kennedy          Print Name
BAR IDENTIFICATION                                  8601 Georgia Ave Suite 910
                                                    Address
                                                    Silver Spring, MD 20910
                                                    City           State      Zip Code
                                                    301.608.3000
                                                    Phone Number