IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOHAMMED ISSE,               )
                             )
        Plaintiff,           )
                             )
        v.                   )   Civil Action No. 1:06CV01422 (CKK)
                             )
AMERICAN UNIVERSITY,         )
                             )
        Defendants.          )
_____)

## ORDER

This matter is before me on the Defendant's Consent Motion to continue the status conference schedule for July 10, 2008 in the above referenced matter. The motion is <u>GRANTED</u>. The status conference is continued to _August 6, 2008 at 9:30 AM_.

_____
Judge Colleen Kollar-Kotelly

Copies to:

MOHAMMED ISSE
4939 Carriage Park Road
Fairfax, VA 22032
**_Pro Se_** Plaintiff

(N)

Hisham R.O. Khalid, Esq.
3201 New Mexico Avenue, NW, Suite 270
Washington, DC 20016-8165
Attorney for Defendants