AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Mohammed Isse )
                    )
    Plaintiff(s)    )     **APPEARANCE**
                    )
                    )
        vs.         )     CASE NUMBER   1:06-cv-1422
American University )
                    )
    Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Kathleen A. Dolan and John F. Kennedy   as counsel in this
                                            (Attorney's Name)

case for:        Mohammed Isse
            (Name of party or parties)


07/08/2008                              -S-
Date                                    Signature

                                        KENNEDY & DOLAN
428925 Kathleen Dolan, 413509 John Kennedy    Print Name
BAR IDENTIFICATION                      8601 Georgia Ave Suite 910
                                        Address
                                        Silver Spring, MD 20910
                                        City            State       Zip Code
                                        301.608.3000
                                        Phone Number