UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ISSE,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN UNIVERSITY, *et al.*,<br><br>    Defendants. | Civil Action No. 06-1422 (CKK) |

**ORDER**

On August 5, 2008, the parties informed the Court in a telephonic conversation that they had reached a settlement in principle in the above-captioned case. Pursuant to that conversation, it is, this 5th day of August, 2008, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until August 29, 2008. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice.

**SO ORDERED.**

                                    /s/
                            COLLEEN KOLLAR-KOTELLY
                            United States District Judge